# Exhibit A-1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF<br>PURDUE UNIVERSITY,<br><br>            Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS N.V., and<br>STMICROELECTRONICS, INC.,<br><br>            Defendants. | Civil Action No.  6:21-cv-00727<br><br>JURY TRIAL DEMAND |

## PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT AND JURY DEMAND

Plaintiff The Trustees of Purdue University ("Purdue") files this Complaint for Patent Infringement and Jury Demand against Defendants STMicroelectronics N.V. and STMicroelectronics, Inc. (collectively "ST"), and alleges as follows:

### I.      PARTIES

1.      Purdue is a statutory body corporate that operates and conducts a state educational institution having its principal place of business at 610 Purdue Mall, West Lafayette, Indiana 47907.

2.      Purdue is a public land-grant research university under the 1862 Morrill Act that was founded in 1869 and is consistently ranked among the top universities in the United States and the world. Purdue enrolls more than 40,000 students under the guidance of over 16,000 faculty and staff. On September 14, 2020, Purdue was named the fifth most innovative school in the United States by the U.S. News & World Report. Purdue's professional and graduate programs include the well-ranked College of Engineering, Krannert School of Management, College of Education, and College of Pharmacy. Purdue's esteemed School of Aeronautics and Astronautics within the

College of Engineering has acquired the nickname "Cradle of Astronauts" for the twenty-six astronauts, including Neil Armstrong and Gus Grissom, it has produced.[1] Other notable Purdue alumni are Nobel Prize winners Edward Mills Purcell, Ben Roy Mottelson, and Akira Suzuki. Purdue has also produced twenty-four National Academy of Engineering members.

3.     Purdue is the State of Indiana's primary driver for economic growth in science and technology. For example, Purdue spent over $435,185,000 on research during the 2019-2020 fiscal year, founded more than 80 technology startups, and raised more than $96,000,000 in venture capital funding. In 2019, Purdue ranked 13th globally for receiving U.S. utility patents according to the National Academy of Inventors and Intellectual Property Owners Association's annual report. This distinction marks the sixth straight year that Purdue has ranked in the top 20.[2]

4.     Purdue is an instrumentality of the State of Indiana, created and authorized by the Indiana General Assembly pursuant to Indiana Code § 21-23-2-1, *et seq*., and thus enjoys sovereign immunity. *Kashani v. Purdue Univ.*, 813 F.2d 843, 845 (7th Cir. 1987); *Wasserman v. Purdue Univ.*, 431 F. Supp. 2d 911, 916 (N.D. Ind. 2006) ("[T]he Board of Trustees [of Purdue] is a political arm of the state which is immune to suit."); *Harris v. Trustees of Purdue Univ.*, 2017 WL 529598, at *2 (S.D. Ind. Feb. 8, 2017).

5.     By filing this lawsuit or prosecuting this action, Purdue does not waive, either expressly or implicitly, its sovereign immunity or the sovereign immunity enjoyed by any arm of the State of Indiana under the laws of the United States or the State of Indiana, to any *inter partes* review, *ex parte* reexamination, or other post-grant proceeding at the United States Patent and

---

[1] https://www.purdue.edu/newsroom/stories/2020/Stories%20at%20Purdue/purdue-named-5th-most-innovative-school-in-the-country.html; https://www.purdue.edu/space/astronauts.php (last accessed July 13, 2021).
[2] https://www.purdue.edu/datadigest/; https://purduefoundry.com/startups; https://www.purdue.edu/newsroom/releases/2020/Q2/purdue-ranks-13th-worldwide-among-universities-granted-u.s.-utility-patents.html (last accessed July 13, 2021).

Trademark Office or its Patent Trial and Appeal Board, to any other administrative actions or proceedings, to any noncompulsory counterclaims, or to any other federal or state proceedings whatsoever, whether initiated by ST or any other entity.

6.      Defendant STMicroelectronics N.V. is a corporation organized under the laws of The Netherlands, with a place of business at WTC Schiphol Airport, Schiphol Boulevard 265, 1118 BH Schiphol, The Netherlands.

7.      Defendant STMicroelectronics, Inc., a wholly owned subsidiary of STMicroelectronics N.V., is a corporation organized under the laws of the State of Delaware, with a place of business at 750 Canyon Drive, Suite 300, Coppell, TX 75019. STMicroelectronics, Inc. may be served through its registered agent CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

## II.      JURISDICTION

8.      This is an action for patent infringement arising under the Patent Laws of the United States of America, Title 35 of the United States Code. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

9.      This Court has personal jurisdiction over each Defendant under the laws of the State of Texas, due at least to its substantial business in Texas and in this District, directly or through intermediaries, including: (i) at least a portion of the infringements alleged herein, and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct and/or deriving substantial revenue from goods and services provided to individuals in the State of Texas.

10.     Each Defendant, acting alone and/or in concert with and/or at the direction and subject to the control of the other Defendant, directly and/or through subsidiaries and agents (including distributors, retailers, and others), makes, imports, ships, distributes, offers for sale, sells, uses, and advertises (including offering products and services through its website,

https://www.st.com, as well as other retailers) its products and/or services in the United States, the State of Texas, and this District.

11.     Each Defendant, acting alone and/or in concert with and/or at the direction and subject to the control of the other Defendant, directly and/or through its subsidiaries and agents (including distributors, retailers, and others), has purposefully and voluntarily placed one or more of its infringing products, as described below, into the stream of commerce with the expectation that the products will be purchased and used by customers in this District. These infringing products have been and continue to be purchased and used by customers in this District. ST has committed acts of patent infringement within the State of Texas and, more particularly, within this District. This Court's exercise of personal jurisdiction over ST is thus consistent with the Texas long-arm statute, Tex. Civ. Prac. & Rem. Code § 17.042, and traditional notions of fair play and substantial justice.

12.     This Court has specific personal jurisdiction over STMicroelectronics N.V. because it is a foreign corporation and patent infringement is a claim that arises under federal law; therefore, service of summons or a waiver of service by STMicroelectronics N.V. will establish personal jurisdiction under Fed. R. Civ. P. 4(k)(2).

13.     Furthermore, STMicroelectronics, Inc previously did not challenge, and thereby submitted to, this Court's personal jurisdiction. *See, e.g., Neodron Ltd. v. STMicroelectronics, Inc. et al*, 6-20-cv-00560, ECF Nos. 13 (W.D. Tex.).

### III.     VENUE

14.     Venue is proper in this District under 28 U.S.C. § 1400(b) because Defendants have committed acts of infringement in this District by, among other things, importing, offering to sell, and selling products that infringe the asserted patents and have a regular and established place of business in this District, including at 8501 N. Mo-Pac Expressway, Suite 420, Austin, Texas

78757. Moreover, Defendants have committed indirect acts of infringement in this District by inducing Avnet, Future Electronics, and Arrow to directly infringe the asserted patents by selling, offering for sale, or importing infringing products in this District.[3] *See In re Cray Inc.*, 871 F.3d 1355 (Fed. Cir. 2017).

15.     STMicroelectronics, Inc. is and has been registered to do business in the State of Texas (SOS File No. 0005910106) since August 4, 1983.

16.     Venue is also proper against STMicroelectronics N.V. in this District under 28 U.S.C. §1391(c)(3) because STMicroelectronics N.V. is a foreign corporation organized under the laws of The Netherlands and may be sued in any judicial district. *Brunette Mach. Works, Ltd. v. Kochum Indus., Inc.,* 406 U.S. 706, 711–714 (1972), cited by *TC Heartland LLC v. Kraft Foods Grp. Brands LLC,* 137 S. Ct. 1514, 1520 n.2 (2017); *see also In re HTC Corp.,* 889 F.3d 1349, 1354 (Fed. Cir. 2018) (citing *Brunette Mach. Works,* 406 U.S. at 706).

17.     Purdue does not waive its sovereign immunity as to any venue, including district courts and administrative tribunals, other than this Court, namely the United States District Court for the Western District of Texas, Waco Division.

## IV.     UNITED STATES PATENT NO. 7,498,633

18.     United States Patent No. 7,498,633 ("'633 Patent"), titled "High-Voltage Power Semiconductor Device," was duly and legally issued by the United States Patent and Trademark Office on March 3, 2009. A true and correct copy of the '633 Patent is attached as Exhibit A and is publicly available at https://pdfpiw.uspto.gov/.piw?PageNum=0&docid=7498633.

---

[3] https://www.st.com/content/st_com/en/contact-us.html (last accessed July 13, 2021).

19.     The '633 Patent issued from U.S. Patent Application No. 11/338,007, which was filed on January 23, 2006, and claims priority to U.S. Provisional Application No. 60/646,152, which was filed on January 21, 2005.

20.     The '633 Patent relates generally to semiconductor devices, and more particularly to useful, novel, and non-obvious semiconductor devices for high-voltage power applications.

21.     The inventors of the '633 Patent are James A. Cooper, Ph.D. and Asmita Saha, Ph.D.

22.     Dr. Cooper is a Jai N. Gupta Professor Emeritus of Electrical and Computer Engineering at Purdue and received his Ph.D. from Purdue in 1973. From 1973 to 1983, Dr. Cooper was a member of Technical Staff with Bell Laboratories, Murray Hill, NJ, where he was a Principal Designer of AT&T's first CMOS microprocessor and developed a time-of-flight technique for investigating high-field transport in silicon inversion layers. He joined the Purdue faculty in 1983, where he was the Founding Director of the Purdue Optoelectronics Research Center. Since 1990, Dr. Cooper has explored device technology in the wide bandgap semiconductor SiC (silicon carbide). His group demonstrated the first monolithic integrated circuits in SiC (1993), the first planar DMOS power transistors (1996), the first lateral DMOSFETs (1997), the first self-aligned short-channel DMOSFETs (2003), and a variety of other devices.

23.     Dr. Saha was Dr. Cooper's student and, under his guidance, earned her doctorate from Purdue's School of Electrical and Computer Engineering, Birck Nanotechnology Center. Her thesis focused on optimized design and simulation and fabrication of 4H-SiC short-channel DMOSFETs.

24.     Purdue is the owner of all rights, title, and interest in and to the '633 Patent with full right to enforce the '633 Patent, including the right to recover for past infringement damages

and the right to recover future royalties, damages, and income. On May 2, 2006, as recorded with the United States Patent and Trademark Office on May 18, 2006, Drs. Cooper and Saha assigned their rights and interests in the '633 Patent to Purdue Research Foundation. Thereafter, Purdue Research Foundation assigned its rights and interest in the '633 Patent to Purdue on June 18, 2021, as recorded with the United States Patent and Trademark Office on June 21, 2021.[4]

25.     Every claim of the '633 Patent is valid and enforceable and enjoys a statutory presumption of validity pursuant to 35 U.S.C. § 282.

26.     All requirements under 35 U.S.C. § 287 have been satisfied with respect to the '633 Patent.

27.     ST has never, either expressly or impliedly, been licensed under the '633 Patent.

## V.     UNITED STATES PATENT NO. 8,035,112

28.     United States Patent No. 8,035,112 ("'112 Patent"), titled "SIC Power DMOSFET with Self-aligned Source Contact," was duly and legally issued by the United States Patent and Trademark Office on October 11, 2011. A true and correct copy of the '112 Patent is attached as Exhibit B and is available at https://pdfpiw.uspto.gov/.piw?PageNum=0&docid=8035112.

29.     The '112 Patent issued from U.S. Patent Application No. 12/429,176, which was filed on April 23, 2009, and claims priority to U.S. Provisional Application No. 61/047,274, which was filed on April 23, 2008.

30.     The '112 Patent relates generally to semiconductor field effect transistors, and more particularly to useful, novel, and non-obvious field effect transistors having self-aligned source contacts.

---

[4] https://assignment.uspto.gov/patent/index.html#/patent/search/resultAbstract?id=7498633&type=patNum.

31.     The inventors of the '112 Patent are James A. Cooper, Ph.D. and Asmita Saha, Ph.D.

32.     Purdue is the owner of all rights, title, and interest in and to the '112 Patent with full right to enforce the '112 Patent, including the right to recover for past infringement damages and the right to recover future royalties, damages, and income. On July 6, 2009, as recorded with the United States Patent and Trademark Office on August 7, 2009, Drs. Cooper and Saha assigned their rights and interests in the '112 Patent to Purdue Research Foundation. Thereafter, Purdue Research Foundation assigned its rights and interest in the '112 Patent to Purdue on June 18, 2021, as recorded with the United States Patent and Trademark Office on June 18, 2021.[5]

33.     Every claim of the '112 Patent is valid and enforceable and enjoys a statutory presumption of validity pursuant to 35 U.S.C. § 282.

34.     All requirements under 35 U.S.C. § 287 have been satisfied with respect to the '112 Patent.

35.     ST has never, either expressly or impliedly, been licensed under the '112 Patent.

## VI.     INFRINGEMENT OF THE '633 PATENT

36.     ST has been and continues to directly and/or indirectly (by inducement and/or contributory infringement) and willfully infringe one or more claims of the '633 Patent in violation of 35 U.S.C. § 271, including, but not limited to claim 9.

37.     ST has and continues to directly infringe the '633 Patent, literally and/or under the doctrine of equivalents, by making, using, offering for sale, selling, and/or importing in or into the United States, without authority, products that fall within the scope of one or more claims of the '633 Patent in violation of 35 U.S.C. § 271(a), including but not limited to the following SiC power

---

[5] https://assignment.uspto.gov/patent/index.html#/patent/search/resultAbstract?id=8035112&type=patNum.

MOSFETs (metal-oxide semiconductor field-effect transistors): SCT1000N170AG, SCT20N170AG, SCTWA35N65G2VAG, SCTH100N65G2-7AG, SCTH35N65G2V-7, SCTH35N65G2V-7AG, SCTH90N65G2V-7, SCTW100N65G2AG, SCTW35N65G2V, SCTW35N65G2VAG, SCTW90N65G2V, SCTWA35N65G2V, and SCTWA90N65G2V (collectively, the "Accused Products"), as shown in <u>Exhibit C</u>.[6]

38.    For example, each of the Accused Products (such as SCTW90N65G2V) is a double-implanted MOSFET.



39.    Each of the Accused Products includes a silicon carbide substrate, a drift semiconductor layer formed on the front side of the substrate, a first source region, a first source electrode formed over the first source region defining a longitudinal axis, and a plurality of first

---

[6] This chart is exemplary of all Accused Products.

base contact regions defined in the first source region, each of which is spaced apart from the others in a direction parallel to the longitudinal axis defined by the first source electrode.

40.     Each of the Accused Products also includes a second source region, a second source electrode formed over the second source region defining a longitudinal axis, and a plurality of second base contact regions defined in the second source region, each of which is spaced apart from the others in a direction parallel to the longitudinal axis defined by the second source electrode.

41.     Each of the Accused Products also includes a JFET region, with a width less than about three micrometers, defined between the first source region and the second source region.

42.     Purdue adopts and incorporates by reference as if fully stated herein, the attached exemplary claim chart (Exhibit C), which further describes and demonstrates how ST infringes at least claim 9 of the '633 Patent. In addition, Purdue alleges that ST infringes one or more additional claims of the '633 Patent in a similar manner.

43.     ST has and continues to indirectly infringe the '633 Patent by inducing others to infringe one or more claims of the '633 Patent through making, using, selling, offering for sale, distributing, and/or importing the Accused Products. For example, ST induces its distributors like Arrow to directly infringe the '633 Patent by selling, offering for sale, or importing in or into the United States the Accused Products, including the State of Texas and this District.[7]

---

[7] https://www.st.com/en/power-transistors/sctw90n65g2v.html#sample-buy;
https://www.arrow.com/en/support/contact-support/find-an-arrow-office?country=US_Offices;
https://www.st.com/content/st_com/en/contact-us.html (listing even distributor locations);
https://www.arrow.com/en/products/sctw90n65g2v/stmicroelectronics; (last accessed July 13, 2021).



44.     ST was and has been aware of the '633 Patent and its coverage of SiC power MOSFETs, including at least the Accused Products, since at least April 2021, when Purdue sent ST a notice letter, and no later than service of this Complaint, and was aware that its actions as to importers, distributors, resellers, wholesalers, retailers, and/or end-users of the Accused Products would induce infringement. For example, ST knowingly and intentionally instructs its customers, distributors, end-users, and/or other third parties to infringe at least through user manuals, product documentation, services, and other materials, such as those located on ST's website at https://www.st.com/content/st_com/en/products/sic-devices/sic-mosfets.html and other websites such as at https://www.youtube.com/watch?v=hV5mqmuozlA. By providing instruction and training to customers and end-users on how to use the Accused Products, in order to promote the sales of these products, in a manner that directly infringes one or more claims of the '633 Patent, including at least claim 9, ST specifically intended to induce infringement of the '633 Patent.

45.     Despite such awareness of the '633 Patent and its coverage of SiC power MOSFETs, including at least the Accused Products, ST continues to take active steps (*e.g.*, creating and disseminating the Accused Products and other SiC power MOSFETs with similar infringing technology, as well as product manuals, instructions, promotional and marketing materials, and/or technical materials to distributors, resellers, wholesalers, retailers, and end-users) by encouraging others to infringe the '633 Patent with the specific intent to induce such infringement. Accordingly, ST has known and intended that its products infringe the '633 Patent and that ST's continued actions would actively induce the infringement of the '633 Patent claims.

46.     ST has continued making, using, offering for sale, selling, and importing the Accused Products despite an objectively high likelihood that its actions infringe at least one claim of the '633 Patent—a valid and enforceable patent, and such objective risk of infringement was known to ST or so obvious that ST should have known it. Therefore, Purdue is entitled to receive enhanced damages up to three times the amount of actual damages for ST's willful infringement pursuant to 35 U.S.C. § 284.

47.     ST's direct, indirect, and willful infringement of the '633 Patent has caused, and will continue to cause, substantial and irreparable damage to Purdue. Purdue is, therefore, entitled to an award of damages adequate to compensate for ST's infringement of the '633 Patent, but in no event less than a reasonable royalty for ST's use and/or sale of Purdue's invention, together with pre- and post-judgment interest, attorneys' fees, and costs as fixed by the Court under 35 U.S.C. §§ 284 and 285.

## VII.    INFRINGEMENT OF THE '112 PATENT

48.     ST has been and continues to directly and/or indirectly (by inducement and/or contributory infringement) and willfully infringe one or more claims of the '112 Patent in violation of 35 U.S.C. § 271, including, but not limited to claim 6.

49.    ST has and continues to directly infringe the '112 Patent, literally and/or under the doctrine of equivalents, by making, using, offering for sale, selling, and/or importing in or into the United States, without authority, the Accused Products, which fall within the scope of one or more claims of the '112 Patent in violation of 35 U.S.C. § 271(a), as shown in Exhibit D.[8]

50.    For example, each of the Accused Products (such as SCTW90N65G2V) is a MOSFET.



51.    Each of the Accused Products includes a silicon carbide wafer having a substrate body with an upper surface, at least one source region formed adjacent to the upper surface, a substrate surface oxidation layer on the upper surface of the substrate body and adjacent source region, and at least two polysilicon gates above the substrate surface oxidation layer (each with a

---

[8] This chart is exemplary of all Accused Products.

top, a bottom and sides), wherein a first source region of the at least one source region is juxtaposed between first and second adjacent gates of the at least two polysilicon gates.

52. Each of the Accused Products also includes a gate oxide layer (thicker than the substrate surface oxidation layer) over the tops and sides of each of the polysilicon gates and a material layer, including one of an oxide and a metal contact, over the first source region and between the gate oxide layers on the sides of the polysilicon gates.

53. Purdue adopts and incorporates by reference as if fully stated herein, the attached exemplary claim chart (Exhibit D), which further describes and demonstrates how ST infringes at least claim 6 of the '112 Patent. In addition, Purdue alleges that ST infringes one or more additional claims of the '112 Patent in a similar manner.

54. ST has and continues to indirectly infringe the '112 Patent by inducing others to infringe one or more claims of the '112 Patent through making, using, selling, offering for sale, distributing, and/or importing the Accused Products. For example, ST induces its distributors like Arrow to directly infringe the '112 Patent by selling, offering for sale, or importing in or into the United States the Accused Products, including the State of Texas and this District.[9]

---

[9] https://www.st.com/en/power-transistors/sctw90n65g2v.html#sample-buy;
https://www.arrow.com/en/support/contact-support/find-an-arrow-office?country=US_Offices;
https://www.st.com/content/st_com/en/contact-us.html (listing even distributor locations);
https://www.arrow.com/en/products/sctw90n65g2v/stmicroelectronics; (last accessed July 13, 2021).



55. ST was and has been aware of the '112 Patent and its coverage of SiC power MOSFETs, including at least the Accused Products, since at least April 2021, when Purdue sent ST a notice letter, and no later than service of this Complaint, and was aware that its actions as to importers, distributors, resellers, wholesalers, retailers, and/or end-users of the Accused Products would induce infringement. For example, ST knowingly and intentionally instructs its customers, distributors, end-users, and/or other third parties to infringe at least through user manuals, product documentation, services, and other materials, such as those located on ST's website at https://www.st.com/content/st_com/en/products/sic-devices/sic-mosfets.html and other websites such as at https://www.youtube.com/watch?v=hV5mqmuozlA. By providing instruction and training to customers and end-users on how to use the Accused Products, in order to promote the sales of these products, in a manner that directly infringes one or more claims of the '112 Patent, including at least claim 6, ST specifically intended to induce infringement of the '112 Patent.

56.     Despite such awareness of the '112 Patent and its coverage of SiC power MOSFETs, including at least the Accused Products, ST continues to take active steps (*e.g.*, creating and disseminating the Accused Products and other SiC power MOSFETs with similar infringing technology, as well as product manuals, instructions, promotional and marketing materials, and/or technical materials to distributors, resellers, wholesalers, retailers, and end-users) by encouraging others to infringe the '112 Patent with the specific intent to induce such infringement. Accordingly, ST has known and intended that its products infringe the '112 Patent and that ST's continued actions would actively induce the infringement of the '112 Patent claims.

57.     ST has continued making, using, offering for sale, selling, and importing the Accused Products despite an objectively high likelihood that its actions infringe at least one claim of the '112 Patent—a valid and enforceable patent, and such objective risk of infringement was known to ST or so obvious that ST should have known it. Therefore, Purdue is entitled to receive enhanced damages up to three times the amount of actual damages for ST's willful infringement pursuant to 35 U.S.C. § 284.

58.     ST's direct, indirect, and willful infringement of the '112 Patent has caused, and will continue to cause, substantial and irreparable damage to Purdue. Purdue is, therefore, entitled to an award of damages adequate to compensate for ST's infringement of the '112 Patent, but in no event less than a reasonable royalty for ST's use and/or sale of Purdue's invention, together with pre- and post-judgment interest, attorneys' fees, and costs as fixed by the Court under 35 U.S.C. §§ 284 and 285.

## VIII.   JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff hereby demands a trial by jury on all issues triable as such.

## IX.    PRAYER

WHEREFORE, Plaintiff requests the following relief:

A.  A judgment that the '633 Patent and the '112 Patent are valid and enforceable;

B.  A judgment that Defendants have infringed and continue to infringe the '633 Patent and the '112 Patent as alleged herein;

C.  A judgment and order requiring Defendants to pay Plaintiff damages under 35 U.S.C. § 284, and supplemental damages for any continuing post-verdict infringement through entry of the final judgment with an accounting as needed;

D.  A judgment that this is an exceptional case within the meaning of 35 U.S.C. § 285 and Plaintiff is therefore entitled to reasonable attorneys' fees;

E.  A judgment and order requiring Defendants to pay Plaintiff pre-judgment and post-judgment interest on the damages awarded;

F.  A judgment and order awarding Plaintiff costs associated with bringing this action; and

G.  Such other and further relief as the Court deems just and proper.


Dated: July 14, 2021                    Respectfully submitted,

                                        */s/ Mark D. Siegmund*
                                        Mark D. Siegmund (Texas Bar No. 24117055)
                                        msiegmund@shorechan.com
                                        Of Counsel
                                        SHORE CHAN LLP
                                        1508 North Valley Mills Drive
                                        Waco, Texas 76710
                                        Telephone: 254-772-6400

                                        Alfonso G. Chan (Texas Bar No. 24012408)
                                        achan@shorechan.com
                                        Michael W. Shore (Texas Bar No. 18294915)
                                        mshore@shorechan.com
                                        Halima Shukri Ndai (Texas Bar No. 24105486)
                                        hndai@shorechan.com

SHORE CHAN LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: 214-593-9110
Fax: 214-593-9111

**COUNSEL FOR PLAINTIFF**
**THE TRUSTEES OF PURDUE UNIVERSITY**



# EXHIBIT A

Case 1:22-mc-00621-MS-00527 Document 1-6 Filed 08/08/21 Page 21 of 55 PageID #: 38

US007498633B2

(12) **United States Patent** (10) **Patent No.:** **US 7,498,633 B2**
Cooper et al. (45) **Date of Patent:** **Mar. 3, 2009**

<table>
<tr><td>(54)</td><td colspan="2">**HIGH-VOLTAGE POWER SEMICONDUCTOR DEVICE**</td></tr>
<tr><td>(75)</td><td>Inventors:</td><td>**James A. Cooper**, West Lafayette, IN (US); **Asmita Saha**, Hillsboro, OR (US)</td></tr>
<tr><td>(73)</td><td>Assignee:</td><td>**Purdue Research Foundation**, West Lafayette, IN (US)</td></tr>
<tr><td>( * )</td><td>Notice:</td><td>Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.</td></tr>
<tr><td>(21)</td><td>Appl. No.:</td><td>**11/338,007**</td></tr>
<tr><td>(22)</td><td>Filed:</td><td>**Jan. 23, 2006**</td></tr>
</table>

(65) **Prior Publication Data**

US 2006/0192256 A1 Aug. 31, 2006

**Related U.S. Application Data**

(60) Provisional application No. 60/646,152, filed on Jan. 21, 2005.

(51) **Int. Cl.**
*H01L 29/94* (2006.01)
(52) **U.S. Cl.** ........................ **257/341**; 257/263; 257/256
(58) **Field of Classification Search** ............... 257/263, 257/256, 341, 342, 335, 339, 350; 438/142, 438/156, 176, 186, 197, 268
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,137,139 | A * | 8/1992 | Ruscello | 198/460.1 |
| 5,545,908 | A * | 8/1996 | Tokura et al. | 257/341 |
| 6,137,139 | A * | 10/2000 | Zeng et al. | 257/342 |
| 6,552,391 | B2 * | 4/2003 | Zeng et al. | 257/342 |
| 6,573,534 | B1 * | 6/2003 | Kumar et al. | 257/77 |
| 2003/0052329 | A1 * | 3/2003 | Kobayashi et al. | 257/135 |
| 2003/0205829 | A1 * | 11/2003 | Boden, Jr. | 257/921 |
| 2003/0227052 | A1 * | 12/2003 | Ono et al. | 257/341 |

* cited by examiner

*Primary Examiner*—Zandra Smith
*Assistant Examiner*—Paul E Patton
(74) *Attorney, Agent, or Firm*—Barnes & Thornburg LLP

(57) **ABSTRACT**

A semiconductor device, such as a metal-oxide semiconductor field-effect transistor, includes a semiconductor substrate, a drift layer formed on the substrate, a first and a second source region, and a JFET region defined between the first and the second source regions. The JFET region may have a short width and/or a higher concentration of impurities than the drift layer. The semiconductor device may also include a current spreading layer formed on the drift layer. The current spreading layer may also have a higher concentration of impurities than the drift layer.

**15 Claims, 4 Drawing Sheets**





Fig. 1



Fig. 2



Fig. 3



Fig. 4

US 7,498,633 B2

1

# HIGH-VOLTAGE POWER SEMICONDUCTOR DEVICE

This patent application claims priority to and the benefit of U.S. Provisional Patent Application Ser. No. 60/646,152 entitled "Optimized Vertical Power DMOSFETs in Silicon Carbide" which was filed on Jan. 21, 2005, the disclosure of which is expressly incorporated herein by reference

## TECHNICAL FIELD

The present disclosure relates generally to semiconductor devices, and more particularly to semiconductor devices for high-voltage power applications.

## BACKGROUND

One design consideration in the fabrication of semiconductor devices, such as metal-oxide semiconductor field-effect transistors (MOSFETs), for high-voltage power applications is the blocking voltage of the semiconductor device. The blocking voltage is defined as the drain-to-source voltage of the semiconductor device at which avalanche breakdown occurs and/or the strength of the magnetic field of the gate oxide at which the gate oxide fails. As such, for high-voltage power applications, a high blocking voltage is generally desirable. Another design consideration in such applications is the specific on-resistance of the semiconductor device (i.e., the product of the resistance of the device between the source and drain when the device is in an on-state and the area of the device, typically measured in $m\Omega$-$cm^2$). As the specific on-resistance of the device decreases, the efficiency of the semiconductor device may be improved. However, the typical fabrication techniques for reducing the specific on-resistance of high-voltage power semiconductor devices may also reduce the blocking voltage of the device.

## SUMMARY

A metal-oxide semiconductor field-effect transistor (MOSFET) may include a semiconductor substrate. The semiconductor substrate may have a first concentration of first type impurities such as, for example, N-type impurities. The semiconductor substrate may be formed from a silicon carbide material. The MOSFET may include a drift semiconductor layer formed on a front side of the semiconductor substrate. The drift semiconductor layer may be so formed by epitaxially growing the drift semiconductor layer on the front side of the semiconductor substrate. The drift semiconductor layer may have a second concentration of first type impurities less than the first concentration of first type impurities. For example, the drift semiconductor layer may have a concentration of first type impurities of about $1 \times 10^{16}$ $cm^{-3}$ or less. The MOSFET may also include a first source region, a second source region, and a junction field-effect transistor (JFET) region defined therebetween. The JFET region may be defined, for example, under a gate electrode of the MOSFET. The JFET region may have a third concentration of first type impurities that is greater than the second concentration of first type impurities. For example, the third concentration of first type impurities may be at least one order of magnitude greater than the second concentration of first type impurities. In one particular embodiment, the JFET region may have a concentration of first type impurities of about $1 \times 10^{17}$ $cm^{-3}$ or greater. The JFET region may have a width less than about three micrometers. For example, the JFET may have a width of about one micrometer.

2

The MOSFET may also include a current spreading semiconductor layer formed on a front side of the drift semiconductor layer and, in some embodiments, under other base layers. The current spreading semiconductor layer may be so formed by, for example, epitaxially growing the current spreading semiconductor layer formed on a front side of the drift semiconductor layer. The current spreading semiconductor layer may have a fourth concentration of first type impurities greater than the second concentration of first type impurities. For example, the fourth concentration of first type impurities may be at least one order of magnitude greater than the second concentration of first type impurities. In one particular embodiment, the current spreading semiconductor layer may have a concentration of first type impurities of about $1 \times 10^{17}$ $cm^{-3}$ or greater.

The MOSFET may further comprise a plurality of base contact regions formed in each of the first and the second source regions. The base contact regions being smaller than the first and second source regions. Alternatively, the MOSFET may further include a plurality of source regions and a plurality of base contact regions. The plurality of source regions and the plurality of base contact regions may form alternating strips of N-type doped regions and P-type doped regions. The alternating strips being substantially orthogonal to respective source electrodes formed over the first and the second source regions. The MOSFET may be a double-implanted MOSFET (DMOSFET). For example, the MOSFET may be a vertical DMOSFET.

A double-implanted metal-oxide semiconductor field-effect transistor (DMOSFET) may include a semiconductor substrate. The semiconductor substrate may be formed from silicon-carbide. The DMOSFET may include a drift semiconductor layer formed on a front side of the semiconductor substrate. The drift semiconductor layer may be so formed by epitaxially growing the drift semiconductor on the front side of the semiconductor substrate. The drift semiconductor layer may have a concentration of first type impurities less than a concentration of first type impurities in the semiconductor substrate. The DMOSFET may also include a first source region, a second source region, and a JFET region defined therebetween. The JFET region may have a concentration of first type impurities that is greater than the concentration of first type impurities of the drift semiconductor layer. For example, the concentration of first type impurities of the JFET region may be at least one order of magnitude greater than the concentration of first type impurities of the drift semiconductor layer The JFET region may also have a width less than about three micrometers. For example, the JFET may have a width of about one micrometer. Each of the first and the second source regions may include an N-type doped region having a plurality of smaller P-type regions formed therein. The plurality of smaller P-type regions may be formed, for example, under a source electrode. Alternatively, each of the first and the second source regions may include alternating strips of N-type doped regions and P-type doped regions. The alternating strips of doped regions may be substantially orthogonal with respect to the JFET region and/or a source electrode(s) formed above the source regions.

Additionally, the DMOSFET may include a current spreading semiconductor layer. The current spreading semiconductor layer may be formed on a front side of the drift semiconductor layer and the JFET region may be formed on a front side of the current spreading semiconductor layer. The current spreading semiconductor layer may be so formed by epitaxially growing the current spreading semiconductor layer. The current spreading semiconductor layer may include a concentration of first type impurities that is greater

US 7,498,633 B2

3

than the concentration of first type impurities of the drift semiconductor layer. For example, the current spreading semiconductor layer may be a concentration of first type impurities that is at least one order of magnitude greater than the concentration of first type impurities of the drift semiconductor layer.

A vertical double-implanted metal-oxide semiconductor field-effect transistor (vertical DMOSFET) may include a silicon-carbide substrate. The silicon-carbide substrate may have a first concentration of first type impurities such as, for example, N-type impurities. The vertical DMOSFET may also include a drift semiconductor layer epitaxially formed on a front side of the silicon-carbide substrate. The drift semiconductor layer may have a second concentration of first type impurities less than the first concentration of first type impurities of the silicon-carbide substrate. The vertical DMOSFET may further include a current spreading semiconductor layer epitaxially formed on a front side of the drift layer. The current spreading layer may have a third concentration of first type impurities greater than the second concentration of first type impurities of the drift semiconductor layer. The vertical DMOSFET may also include a first source region, a second source region, and a junction field-effect transistor (JFET) region defined therebetween. The JFET may be formed on a front side of the current spreading semiconductor layer. The JFET region may have a width of about one micrometer. The JFET region may also have a fourth concentration of first type impurities greater than the second concentration of first type impurities of the drift semiconductor layer. The DMOSFET may further comprise a plurality of base contact regions formed in each of the first and the second source regions. The base contact regions being smaller than the first and second source regions. Alternatively, the DMOSFET may further include a plurality of source regions and a plurality of base contact regions. The plurality of source regions and the plurality of base contact regions may form alternating strips of N-type doped regions and P-type doped regions. The alternating strips being substantially orthogonal to respective source electrodes formed over the first and the second source regions.

The above and other features of the present disclosure, which alone or in any combination may comprise patentable subject matter, will become apparent from the following description and the attached drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

The detailed description particularly refers to the following figures, in which:

FIG. 1 is a diagrammatic cross-sectional view of one embodiment of a semiconductor device;

FIG. 2 is a plan view of a portion of the semiconductor device of FIG. 1;

FIG. 3 is a plan view of another embodiment of the semiconductor device of FIG. 1; and

FIG. 4 is a plan view of yet another embodiment of the semiconductor device of FIG. 1.

DETAILED DESCRIPTION OF THE DRAWINGS

While the concepts of the present disclosure are susceptible to various modifications and alternative forms, specific exemplary embodiments thereof have been shown by way of example in the drawings and will herein be described in detail. It should be understood, however, that there is no intent to limit the concepts of the present disclosure to the particular forms disclosed, but on the contrary, the intention is to cover

4

all modifications, equivalents, and alternatives falling within the spirit and scope of the invention as defined by the appended claims.

Referring to FIG. 1, a high-voltage power semiconductor device 10 includes a substrate 12 and a number of semiconductor layers successively formed on the substrate 12. Illustratively, the semiconductor device 10 is a vertical double-implanted metal-oxide semiconductor field-effect transistor (DMOSFET). However, in other embodiments, the semiconductor device 10 may be embodied as other types of MOS-FET devices. The substrate 12 is illustratively formed from silicon-carbide and doped with an N-type impurity to an "N+" concentration. In some embodiments, the dopant impurities are incorporated into the substrate 12 during the manufacturing of the silicon-carbide wafer from which the substrate 12 is formed. However, in other embodiments, the substrate 12 may be doped with the N-type impurities at a later step in the fabrication process using any suitable doping technique such as, for example, ion implantation or diffusion.

The semiconductor device 10 includes a drift semiconductor layer 14 formed on a front side 16 of the substrate 12. It should be appreciated, however, that one or more "buffer layers" may also be formed between the drift layer 14 and the substrate 12. As such, as used herein the term "formed on a front side of the substrate/layer" is intended to mean formed on a top surface of the substrate/layer and/or formed on the front side of the substrate/layer with respect to the top surface of the substrate/layer with a number of intervening "buffer" layers. Similarly, as used herein, the term "formed on a back side of the substrate/layer" is intended to mean formed on a bottom surface of the substrate/layer and/or formed on the back side of the substrate/layer with respect to the bottom surface with a number of intervening "buffer layers".

In the illustrative embodiment, the drift layer 14 is formed on the front side 16 by epitaxially growing the drift layer 14 on the surface 16. The drift layer 14 may be epitaxially grown on the surface 16 by, for example, a chemical vapor deposition process. The drift layer 14 is also illustratively formed from silicon-carbide and doped with N-type impurities to an "N-" concentration. Illustratively, the drift layer 14 is so doped during the formation of the drift layer 14. The blocking voltage of the semiconductor device 10 is determined, in part, on the thickness 18 and the doping concentration of the drift layer 14. To achieve a desired blocking voltage, these two variables may be modified. For example, the thickness 18 of the drift layer 14 may be increased and/or the doping concentration of the drift layer 14 may be decreased to thereby increase the blocking voltage of the semiconductor device 10. However, when the thickness 18 and/or the doping concentration of the drift layer 14 are decreased, the specific on-resistance of the semiconductor device 10 may be increased as a result thereof. Accordingly, the design process of the semiconductor device 10 may include reiterative design steps of the drift layer 14 and other layers or regions of the device 10 to achieve the desired block voltage while maintaining (or reducing) the specific on-resistance of the semiconductor device 10 as discussed in more detail below.

In one particular embodiment, the semiconductor device 10 has a blocking voltage of about 1000 volts. In such embodiments, the drift layer 14 has a thickness 18 of about 6 micrometers and an N-type doping concentration of about $1 \times 10^{16}$ cm$^{-3}$. However, in other embodiments, drift layers 14 having alternative thicknesses and doping concentrations may be used depending upon the application and design parameters, such as the desired blocking voltage, of the semiconductor device 10.

5

The semiconductor device **10** also includes a current spreading semiconductor layer **20** formed on a front side **22** of the drift layer **14**. In the illustrative embodiment, the current spreading layer **20** is formed on the front side **22** by epitaxially growing (e.g., via chemical vapor deposition) the current spreading layer **20** on the front side **22** to a thickness **24**. The current spreading layer **20** is illustratively formed from silicon-carbide and is doped with N-type impurities to an "N" concentration. The current spreading layer **20** may be so doped during the formation of the layer **20** or subsequently thereafter using any suitable doping technique such as, for example, an ion implantation or diffusion process. The current spreading layer **20** is doped to an N-type impurity concentration that is greater than the concentration of the N-type impurities of the drift layer **14**. For example, the current spreading layer **20** may be doped to an N-type impurity concentration that is one order of magnitude or greater than the doping concentration of the drift layer **14**. In one particular embodiment, the drift layer **14** has a doping concentration of about $1 \times 10^{16}$ cm$^{-3}$ and the current spreading layer **20** has a doping concentration of about $1 \times 10^{17}$ cm$^{-3}$ and a thickness **24** of about 0.4 micrometers.

The semiconductor device **10** also includes two doped semiconductor wells or base regions **26**, **28** formed above the current spreading layer **20** and a junction field-effect transistor (JFET) region **30** formed between the wells **26**, **28**. It should be appreciated that the semiconductor device **10** illustrated in FIG. **1** may be a single "transistor cell" and that a completely fabricated transistor device may include any number of semiconductor devices **10**. As such, the following description is in regard to but one semiconductor device **10** with the understanding that the description is application to all semiconductor devices **10** that form a fabricated transistor device. For example, the fabricated transistor device may include any number of doped semiconductor wells **26**, **28** depending on the number of semiconductor devices **10** included therein. Additionally, it should be appreciated that in some embodiments, the number of semiconductor devices **10** so included in the fabricated transistor device may be arranged in a hexagonal cellular array rather than in an interdigitated finger array.

In the illustrative embodiment, the wells **26**, **28** are doped with a P-type impurity to a "P" concentration whereas the JFET region **30** is doped with N-type impurities to an "N" concentration. As such, the JFET region **30** is doped to an N-type impurity concentration that is greater than the concentration of N-type impurities of the drift layer **14**. For example, the JFET region **30** may be doped to an N-type impurity concentration that is one order of magnitude or greater than the doping concentration of the drift layer **14**. In one particular embodiment, the drift layer **14** has a doping concentration of about $1 \times 10^{16}$ cm$^{-3}$ and the JFET region **30** has a doping concentration of about $1 \times 10^{17}$ cm$^{-3}$.

It should be appreciated that in some embodiments, the JFET region **30** and the current spreading layer **20** have similar doping concentrations. In such embodiments, the wells **26**, **28** and the JFET region **30** may be formed by growing an extra-thick current spreading layer **20** and forming the "P" wells **26**, **28** using a suitable incorporation process such as an ion implantation process. The doping of the current spreading layer **20** and the JFET region **30** may be performed during the growth process or may be performed subsequently thereafter using, for example, an ion implantation or diffusion process.

Alternatively, in other embodiments, after the current spreading layer **20** is formed on the front side **22** of the drift layer **12**, an additional epitaxial layer may be formed on a front side **34** of the current spreading layer **20**. In such

6

embodiments, the wells **26**, **28** may be formed by, for example, implanting the wells **26**, **28** in the additional epitaxial layer using an ion implantation process. The remaining region of the additional epitaxial layer between the wells **26**, **28** forms the JFET region **30**. The JFET region **30** may be doped, either during fabrication of the additional epitaxial layer or subsequently thereafter, to a doping concentration similar to the doping concentration of the current spreading layer **20**. Alternatively, in some embodiments, the JFET region **30** may be doped to a concentration of impurities that is different than the doping concentration of the current spreading layer **20**, but still greater than the doping concentration of the drift layer **14**. Such a doping concentration of the JFET region **30** may be achieved by doping the additional epitaxial layer to the desired concentration.

By forming a JFET region **30** with a doping concentration that is greater than the doping concentration of the drift layer **14**, the specific on-resistance of the semiconductor device **10** may be reduced compared to a MOSFET device having JFET regions and drift layers of substantially equal impurity concentrations. In some embodiments, the JFET region **30** is also fabricated to have a short width **36** relative to a typical DMOSFET device, which may reduce the specific on-resistance of the semiconductor device **10**. For example, in some embodiments, the JFET region **30** has a width **36** that is about three micrometers or less. In one particular embodiment, the JFET region **30** has a width **36** of about one micrometer.

Additionally, by forming the current spreading layer **20**, the specific on-resistance of the semiconductor device **10** may also be reduced compared to a MOSFET device without a current spreading layer. Because the doping concentration of the current spreading layer **20** is greater than the doping concentration of the underlying drift layer **14**, current tends to flow downwardly from the JFET region **30** and laterally through the current spreading layer **20** before subsequently flowing down through the upper portion of the lower doped drift layer **14**. Because the current tends to flow laterally through the current spreading layer **20**, the current density of the semiconductor device **10** through the lower doped drift layer **14** may be reduced thereby reducing the specific on-resistance of the semiconductor device **10**.

It should be appreciated, however, that the increased doping concentration of the JFET region **30** and the current spreading layer **20** may tend to reduce the blocking voltage of the semiconductor device **10**. Conversely, the shorter width **36** of the JFET region **30** compared to typical semiconductor device may tend to increase the blocking voltage of the semiconductor device **10** because such a configuration may reduce the magnetic field in the gate oxide layer above the JFET region **30**. As discussed above, the doping concentration and thickness **18** of the drift layer **14** may be modified to achieve the desired blocking voltage of the semiconductor device **10**. In this way, the design of the semiconductor device **10** involves a number of parameters that may affect or are inter-dependent upon each other. As such, the design process of the semiconductor device **10** may include a number of reiterate steps of selecting a width **36** and a doping concentration for the JFET region **30**, selecting a doping concentration and a thickness for the current spreading layer **20**, selecting a doping concentration and a thickness **18** for the drift layer **14**, and/or selecting values for other parameters to achieve the desired characteristics of the semiconductor device **10**.

As illustrated in FIG. **1**, the semiconductor device **10** also includes source regions **46**, **48** defined in the "P" wells **26**, **28**, respectively. The source regions **46**, **48** are doped with N-type impurities to a "N+" concentration. The semiconductor **10** also includes base electrode regions **42**, **44**. The base elec-

US 7,498,633 B2

7

trode regions **42**, **44** are doped with P-type impurities to a "P+" concentration. The regions **42**, **44**, **46**, **48** may be doped using any suitable doping technique such as, for example, an ion implantation process or the like. A source metallic electrode **50**, **52** is formed over the source regions **46**, **48**, respectively. In some embodiments, the source electrodes **50**, **52** are coupled together to form a unitary source electrode. Additionally, in some embodiments, the source electrodes are formed from two or more metallic materials such that one metallic material is coupled with the source regions **46**, **48** and a second metallic material is coupled with the base contact regions **42**, **44**.

The semiconductor device **10** also includes a gate metallic electrode **54** formed on a dielectric layer **56**, such as an oxide, over the JFET region **30**. The gate electrode **54** and dielectric layer **56** also extend over portions of the source regions **46**, **48**. The semiconductor device **10** further includes a drain metallic electrode **58** coupled to a bottom surface **60** of the substrate **12**. The semiconductor device **10** may be electrically coupled with other electrical devices, sources, or the like via the electrodes **50**, **52**, **54**, **58**.

At some point during the design process, the specific on-resistance contribution of a JFET region of a MOSFET device is reduced to a point whereat the source resistance of the device becomes one of the dominating contributions to the specific on-resistance of the device. The source resistance of a device is the resistance between the source electrodes and the inner portions of the source regions. As illustrated in FIG. **2**, in one embodiment, the source regions **46**, **48** of the semiconductor device **10** and the base contact regions **42**, **44** are formed in the "P-" wells **26**, **28** such that portions of the source regions **46**, **48** and the base contact regions **42**, **44** lie under the source electrodes **50**, **52**, respectively. Note that the outer edges of the source electrodes **50**, **52** have been removed in FIG. **2** for clarity. As illustrated, the source regions **46**, **48** and the base contact regions **42**, **44** extend longitudinally with and substantially parallel to the source electrodes **50**, **52** and the JFET region **30**.

Because of semiconductor manufacturing process variations, such a topological configuration as illustrated in FIG. **2** can result in an undesirable source resistance if the source regions **46**, **48** are misaligned with respect to the base contact regions **42**, **44** and/or the source regions **46**, **48** are misaligned with respect to the source electrodes **50**, **42**. For example, with respect to the source region **46**, if the source electrode **50** is inadvertently formed more toward the direction of arrow **128** and/or the source region **46** is inadvertently formed more toward the direction of arrow **130**, the source electrode **50** may not adequately cover the source region **46** and thereby cause the source resistance of the semiconductor device **10** to be increased due to the misalignment.

Referring now to FIG. **3**, to reduce the likelihood of misalignment between the source electrodes and the source regions, in some embodiments, the semiconductor device **10** is fabricated to have source regions **154**, **156** that each include a plurality of base contact regions **158**, **160** formed in source regions **154**, **156**, respectively. As shown in FIG. **3**, the base contact regions **158**, **160** are embodied as small "islands" or regions within the larger source regions **154**, **156**. The base contact regions **158**, **160** are formed to be located in a central location under the source metallic electrodes **50**, **52** with areas of source regions **154**, **156** spaced between each base contact regions **158**, **160**. Note that the outer edges of the source electrodes **50**, **52** have been removed in FIG. **3** for clarity. Because the source regions **154**, **156** form a greater portion of the area under the source electrodes **50**, **52**, the tolerance to manufacturing variability of the semiconductor

8

device **10** may be increased. That is, even if the source electrodes **50**, **52** are slightly misaligned with respect to the source regions **154**, **156**, the source resistance of the semiconductor device **10** is not substantially increased because a substantial portion of the source regions **154**, **156** would remain aligned with the respective source electrode **50**, **52**.

Referring now to FIG. **4**, in another embodiment, the semiconductor device **10** is fabricated to have source regions **188**, **190** and base contact regions **184**, **186** embodied as strips. The strips alternate between source regions **188**, **190** and base contact regions **184**, **186**. The strips of source regions **188**, **190** and base contact regions **184**, **186** are orientated such that they are substantially orthogonal to the source electrodes **50**, **52** and the JFET region **30**. That is, a portion of each of the source regions **188**, **190** and base contact regions **184**, **186** is positioned under the source electrode **50**, **52**. Because the source regions **188**, **190** and base contact regions **184**, **186** are configured substantially orthogonal to the source electrodes **50**, **52**, if any one or more of the source electrodes **50**, **52** are fabricated to be slightly misaligned (e.g., the source electrode **50**, **52** is closer to or farther away from the gate electrode **54**), a substantial portion of each source regions **188**, **190** and base contact regions **184**, **186** would remain under the respective source electrode. As such, the source resistance of the semiconductor device **10** is not substantially increased when the source electrodes **50**, **52** and/or the source regions **188**, **190** are slightly misaligned during fabrication of the device **10**.

It should be appreciated that the semiconductor **10** may be fabricated using any one of a number of fabrication techniques. For example, in one embodiment, the semiconductor **10** may be fabricated using any one of the semiconductor fabrication methods described in U.S. Utility patent application Ser. No. 11/338/043 entitled "Method for Fabricating a Semiconductor Device," which was filed on Jan. 23, 2006 by James A. Cooper et al., the disclosure of which is expressly incorporated herein by reference.

While the disclosure has been illustrated and described in detail in the drawings and foregoing description, such an illustration and description is to be considered as exemplary and not restrictive in character, it being understood that only illustrative embodiments have been shown and described and that all changes and modifications that come within the spirit of the disclosure are desired to be protected.

There are a plurality of advantages of the present disclosure arising from the various features of the device described herein. It will be noted that alternative embodiments of the device of the present disclosure may not include all of the features described yet still benefit from at least some of the advantages of such features. Those of ordinary skill in the art may readily devise their own implementations of the device that incorporate one or more of the features of the present invention and fall within the spirit and scope of the present disclosure as defined by the appended claims.

The invention claimed is:

1. A metal-oxide semiconductor field-effect transistor comprising:

a silicon-carbide substrate having a first concentration of first type impurities;

a drift semiconductor layer formed on a front side of the semiconductor substrate and having a second concentration of first type impurities less than the first concentration of first type impurities;

a current spreading semiconductor layer formed on a front side of the drift semiconductor layer;

a first source region;

a second source region;

US 7,498,633 B2

a JFET region formed on a front side of the current spreading semiconductor layer and defined between the first source region and the second source region, the JFET region having a third concentration of first type impurities that is greater than the second concentration of first type impurities;

a plurality of source regions; and

a plurality of base contact regions,

wherein the plurality of source regions and the plurality of base contact regions form alternating strips of N-type doped regions and P-type doped regions, the alternating strips being substantially orthogonal to respective source electrodes formed over the first and the second source regions.

**2**. The metal-oxide semiconductor field-effect transistor of claim **1**, wherein the JFET region has a width of less than about three micrometers.

**3**. The metal-oxide semiconductor field-effect transistor of claim **2**, wherein the JFET region has a width of about one micrometer.

**4**. The metal-oxide semiconductor field-effect transistor of claim **1**, wherein the third concentration of first type impurities is at least one order of magnitude greater than the second concentration of first type impurities.

**5**. The metal-oxide semiconductor field-effect transistor of claim **1**, wherein the current spreading semiconductor layer has a fourth concentration of first type impurities that is greater than the second concentration of first type impurities.

**6**. The metal-oxide semiconductor field-effect transistor of claim **5**, wherein the fourth concentration of first type impurities is at least one order of magnitude greater than the second concentration of first type impurities.

**7**. The metal-oxide semiconductor field-effect transistor of claim **6**, wherein the JFET region has a width of about one micrometer.

**8**. The metal-oxide semiconductor field-effect transistor of claim **1**, further comprising a plurality of base contact regions formed in each of the first and the second source regions, the base contact regions being smaller than the first and second source regions.

**9**. A double-implanted metal-oxide semiconductor field-effect transistor comprising:

a silicon-carbide substrate;

a drift semiconductor layer formed on a front side of the semiconductor substrate;

a first source region;

a first source electrode formed over the first source region, the first source electrode defining a longitudinal axis;

a plurality of first base contact regions defined in the first source region, each of the plurality of first base contact regions being spaced apart from each other in a direction parallel to the longitudinal axis defined by the first source electrode;

a second source region;

a second source electrode formed over the second source region, the second source electrode defining a longitudinal axis;

a plurality of second base contact regions defined in the second source region, each of the plurality of second base contact regions being spaced apart from each other in a direction parallel to the longitudinal axis defined by the second source electrode; and

a JFET region defined between the first source region and the second source region, the JFET region having a width less than about three micrometers.

**10**. The double-implanted metal-oxide semiconductor field-effect transistor of claim **9**, wherein the JFET region has a width of about one micrometer.

**11**. The double-implanted metal-oxide semiconductor field-effect transistor of claim **9**, wherein the JFET region has a first concentration of first type impurities and the drift semiconductor layer has a second concentration of first type impurities, the first concentration of first type impurities being greater than the second concentration of first type impurities.

**12**. A double-implanted metal-oxide semiconductor field-effect transistor comprising:

a semiconductor substrate;

a drift semiconductor layer formed on a front side of the semiconductor substrate;

a current spreading semiconductor layer formed on a front side of the drift semiconductor layer;

a plurality of first and second source regions;

a plurality of base contact regions; and

a JFET region defined between the plurality of first source regions and the plurality of second source regions, the JFET region being formed on a front side of the current spreading semiconductor layer,

wherein the plurality of first and second source regions and the plurality of base contact regions form alternating strips of N-type doped regions and P-type doped regions, each of the alternating strips defining a longitudinal axis that is substantially orthogonal to a longitudinal axis defined by respective source electrodes formed over the first and the second source regions.

**13**. The double-implanted metal-oxide semiconductor field-effect transistor of claim **12**, wherein the current spreading semiconductor layer has a first concentration of first type impurities and the drift semiconductor layer has a second concentration of first type impurities, the first concentration of first type impurities being greater than the second concentration of first type impurities.

**14**. The double-implanted metal-oxide semiconductor field-effect transistor of claim **13**, wherein the first concentration of first type impurities is at least one order of magnitude greater than the second concentration of first type impurities.

**15**. The double-implanted metal-oxide semiconductor field-effect transistor of claim **12**, wherein the JFET region has a width of about three micrometers or less.

* * * * *



# EXHIBIT B

US008035112B1

(12) **United States Patent**
Cooper et al.

(10) Patent No.: **US 8,035,112 B1**
(45) Date of Patent: **Oct. 11, 2011**

(54) **SIC POWER DMOSFET WITH SELF-ALIGNED SOURCE CONTACT**

(75) Inventors: **James A. Cooper**, West Lafayette, IN (US); **Asmita Saha**, Hillsboro, OR (US)

(73) Assignee: **Purdue Research Foundation**, West Lafayette, IN (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 91 days.

(21) Appl. No.: **12/429,176**

(22) Filed: **Apr. 23, 2009**

**Related U.S. Application Data**

(60) Provisional application No. 61/047,274, filed on Apr. 23, 2008.

(51) Int. Cl.
*H01L 21/0312* (2006.01)

(52) U.S. Cl. .............................. **257/77**; 257/76; 438/142

(58) Field of Classification Search .................. 257/76, 257/77, E21.065; 438/105, 142
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,070,690 A | 1/1978 | Wickstrom | |
| 4,893,160 A | 1/1990 | Blanchard | |
| 5,506,421 A | 4/1996 | Palmour | |
| 5,637,898 A | 6/1997 | Baliga | |
| 5,780,324 A | 7/1998 | Tokura et al. | |
| 5,786,251 A | 7/1998 | Harris et al. | |
| 5,801,417 A | 9/1998 | Tsang et al. | |
| 5,814,859 A | 9/1998 | Ghezzo et al. | |
| 6,054,752 A | 4/2000 | Hara et al. | |
| 6,150,671 A | 11/2000 | Harris et al. | |
| 6,180,958 B1 | 1/2001 | Cooper | |
| 6,238,980 B1 | 5/2001 | Ueno | |
| 6,297,100 B1 | 10/2001 | Kumar et al. | |
| 6,316,806 B1 | 11/2001 | Mo | |
| 6,344,663 B1 | 2/2002 | Slater et al. | |
| 6,362,495 B1 | 3/2002 | Schoen et al. | |
| 6,465,807 B1 | 10/2002 | Ueno | |
| 6,573,534 B1 * | 6/2003 | Kumar et al. .................. 257/77 |
| 6,737,677 B2 | 5/2004 | Shimoida et al. | |
| 6,815,293 B2 * | 11/2004 | Disney et al. ................. 438/268 |
| 6,894,319 B2 | 5/2005 | Kobayashi et al. | |
| 7,074,643 B2 | 7/2006 | Ryu | |
| 7,498,633 B2 | 3/2009 | Cooper et al. | |
| 7,521,731 B2 * | 4/2009 | Shimoida et al. ............. 257/183 |
| 7,622,741 B2 * | 11/2009 | Miura .............................. 257/77 |
| 2003/0073270 A1 * | 4/2003 | Hisada et al. ................. 438/197 |
| 2004/0145011 A1 | 7/2004 | Hsu et al. | |
| 2006/0065925 A1 | 3/2006 | Yoshida | |
| 2007/0269968 A1 | 11/2007 | Saxler et al. | |

OTHER PUBLICATIONS

U.S. Appl. No. 10/821,613, filed Apr. 9, 2004, Cooper et al.
U.S. Appl. No. 12/429,153, filed Apr. 23, 2009, Cooper et al.
B. Jayant Baliga, "Power Semiconductor Devices," PWS Publishing Co., 1996, Ch. 7, "Power MOSFET," pp. 335-421.

(Continued)

*Primary Examiner* — Phuc Dang
(74) *Attorney, Agent, or Firm* — William F. Bahret; R. Randall Frisk

(57) **ABSTRACT**

An intermediate product in the fabrication of a MOSFET, including a silicon carbide wafer having a substrate and a drift layer on said substrate, said drift layer having a plurality of source regions formed adjacent an upper surface thereof; a first oxide layer on said upper surface of said drift layer; a plurality of polysilicon gates above said first oxide layer, said plurality of polysilicon gates including a first gate adjacent a first of said source regions; an oxide layer over said first source region of greater thickness than said first oxide layer; and, an oxide layer over said first gate of substantially greater thickness than said oxide layer over said first source region.

**16 Claims, 5 Drawing Sheets**



# US 8,035,112 B1

Page 2

## OTHER PUBLICATIONS

M. Matin, et al., "A Self-Aligned Process for High Voltage, Short-Channel Vertical DMOSFETs in 4H-SiC," *IEEE Transactions on Electron Devices*, vol. 51, No. 10, Oct. 2004, pp. 1721-1725.

J. Shenoy et al., "High-Voltage Double-Implanted Power MOSFET's in 6H-SiC," *IEEE Electron Device Letters*, vol. 18, No. 3, Mar. 1997, pp. 93-95.

J.A. Cooper et al., "Status and Prospects for SiC Power MOSFETs," *IEEE Transactions on Electron Devices*, vol. 49, No. 4, Apr. 2002, pp. 658-664.

A. Saha et al., "A 1-kV 4H-SiC Power DMOSFET Optimized for Low On-Resistance," *IEEE Transactions on Electron Devices*, vol. 54, No. 10, Oct. 2007, pp. 2786-2791.

G.Y. Chung et al., "Effect of Nitric Oxide Annealing on the Interface Trap Densities Near the Band Edges in 4H-SiC," *Meeting of The American Physical Society*, Mar. 20-24, 2000, Minneapolis, MN (4 pages).

A. Saha et al., "Optimum Design of Short-Channel 4H-SiC Power DMSOFETs," *Materials Science Forum*, vols. 527-529, 2006, pp. 1269-1272.

* cited by examiner



*FIG. 1*



*FIG. 2*



**FIG. 3**



**FIG. 4**



**FIG. 5**



**FIG. 6**



**FIG. 7**



**FIG. 8**



*FIG. 9*



*FIG. 10*

US 8,035,112 B1

1

# SIC POWER DMOSFET WITH SELF-ALIGNED SOURCE CONTACT

## CROSS-REFERENCE TO RELATED APPLICATION

This application claims the benefit of U.S. Provisional Patent Application Ser. No. 61/047,274, filed Apr. 23, 2008, which application is hereby incorporated by reference.

## GOVERNMENT RIGHTS

This invention was made with government support under Contract/Grant No. W56HZV-06-C-0228 awarded by the U.S. Army TACOM LCMC, and Contract/Grant No. N00014-05-1-0437 awarded by DARPA. The government has certain rights in the invention.

## BACKGROUND OF THE INVENTION

This invention relates generally to semiconductor field effect transistors, and more particularly to field effect transistors having self-aligned source contacts.

The metal oxide semiconductor field effect transistor (MOSFET) is a device used to amplify or switch electronic signals. Power MOSFETs are well known for their ability to carry large currents in the on-state while withstanding large breakdown voltages in the off-state. In such devices, current flow between source and drain regions in a semiconductor substrate is controlled by a voltage applied to a gate electrode that is separated from the semiconductor surface by an insulator, typically silicon dioxide. In an n-type enhancement MOSFET, for example, a positive bias on the gate causes a surface inversion layer—or channel—to form in a p-type region under the gate oxide and thereby creates a conductive path between source and drain. The application of a positive drain voltage then produces current flow between drain and source. Lateral and vertical power MOSFET structures in silicon have been explored over the years, the former type having the drain, gate and source terminals on the same surface of the silicon wafer, the latter type having the source and drain on opposite surfaces of the wafer. Several different types of vertical power MOSFETs have been proposed, including the double-diffused MOSFET (DMOSFET) and the trench-gate or UMOSFET. These and other power MOSFETs are described in a textbook by B. Jayant Baliga entitled Power Semiconductor Devices, PWS Publishing Co. (1996), the disclosure of, which is hereby incorporated herein by reference.

Although silicon has been the material of choice for many semiconductor applications, its fundamental electronic structure and characteristics prevent its utilization beyond certain parameters. Thus, interest in power MOSFET devices has turned from silicon to other materials, including silicon carbide. SiC power switching devices have significant advantages over silicon devices, including faster switching speed, lower specific on-resistance and thus lower power losses. SiC has a breakdown electric field that is an order of magnitude higher than that of silicon, which allows for a thinner drift region and thus a lower drift region resistance.

In power DMOSFETs, an important performance parameter is the specific on-resistance ($R_{ON,SP}$), which is defined as the product of the resistance when the device is in the "on", or highly conducting, state (low $V_{DS}$), times the area of the device (units are $\Omega$-cm$^2$ or m$\Omega$-cm$^2$). Thus it is important to minimize both the resistance and the area of the device. For DMOSFETs in the blocking voltage regime of below about

2

600-1800V, a significant component of the total resistance is the resistance of the source contacts. Larger-area source contacts obviously have lower resistance, but increasing the contact area increases the total area of the device, and hence $R_{ON,SP}$. It is important to find ways to reduce the source contact resistance without increasing the area of the device.

In a conventional DMOSFET, the source contact is defined by photolithography, and the source contact must be separated from the edge of the gate by sufficient distance so that the source contact and gate cannot touch even under worst-case misalignment of the source contact mask. In addition, the actual functional area of the source contact is determined by the overlap of the source contact metal and the N+ implant that forms the source region in the semiconductor. Since the N+ implant is defined by a separate mask, relative misalignment of the source contact mask and the N+ implant mask can reduce the functional area of the source contact, thereby increasing source resistance and degrading performance.

It is desired to produce DMOSFETs and related devices wherein misalignments of source contact and gate are reduced or eliminated.

## SUMMARY OF THE INVENTION

The present invention provides high voltage power MOSFETs, with self-aligned source contacts and a method for making the same.

An intermediate product in the fabrication of a MOSFET, including a silicon carbide wafer having a substrate and a drift layer on said substrate, said drift layer having a plurality of source regions formed adjacent an upper surface thereof; a first oxide layer on said upper surface of said drift layer; a plurality of polysilicon gates above said first oxide layer, said plurality of polysilicon gates including a first gate adjacent a first of said source regions; an oxide layer over said first source region of greater thickness than said first oxide layer; and, an oxide layer over said first gate of substantially greater thickness than said oxide layer over said first source region.

These and other aspects and advantages of the present invention will become more apparent upon reading the following detailed description of preferred embodiments in conjunction with the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a side, cross-sectional view of one cell region 10 of a perfectly aligned, conventional DMOSFET 11.

FIG. 2 is a side, cross-sectional view of the one cell region 10 of FIG. 1 in a worst-case mask misaligned fabrication.

FIG. 3 is a side, cross-sectional view of one cell region 20 of a DMOSFET 21 in accordance with the present invention.

FIG. 4 is a side, cross-sectional view of the cell region 20 of FIG. 3 and shown shifted one half cell width laterally from the view of FIG. 3.

FIGS. 5-8 are side, cross-sectional views of one cell region of an intermediate semiconductor product 58 showing various intermediate stages of fabrication of the DMOSFET 21 of FIG. 3.

FIG. 9 is a layout view of a 10 A DMOSFET formed in accordance with the present invention.

FIG. 10 is a wafer photograph showing gate and source fingers of the DMOSFET OF FIG. 9 in more detail.

## DESCRIPTION OF PREFERRED EMBODIMENTS

For the purpose of promoting an understanding of the principles of the invention, reference will now be made to the

3

4

embodiments illustrated in the drawings and specific language will be used to describe the same. It will nevertheless be understood that no limitation of the scope of the invention is thereby intended, and that alterations and further modifications in the illustrated device and further applications of the principles of the invention as illustrated therein are contemplated as would normally occur to one skilled in the art to which the invention relates. As shown in the Figures, the sizes of some layers or regions are exaggerated to better illustrate the general structures of the present invention, and actual sizes—often with thicknesses of 50 nm—are either specified or are understood by persons of skill in the art to be other than that shown in the Figures.

It is desired in power DMOSFETs to have a low specific on-resistance ($R_{ON,SP}$), which is defined as the product of the resistance when the device is in the "on", or highly conducting, state (low $V_{DS}$), times the area of the device (units are $\Omega$-cm$^2$ or m$\Omega$-cm$^2$). It is therefore important to minimize both the resistance and the area of the device. For DMOS-FETs with blocking voltage below about 1800V, a significant component of the total resistance is the resistance of the source contacts. While larger-area source contacts obviously have lower resistance, they conversely increase the total area of the device, and hence $R_{ON,SP}$.

Referring to FIG. 1, there is shown one cell region 10 of a perfectly aligned, conventional DMOSFET 11. In DMOS-FET 11, the source contact 13 is defined by photolithography, and source contact 13 must be separated from the edge of the gate 14 by sufficient distance X so that source contact 13 and gate 14 cannot touch even under worst-case misalignment of the source contact mask. In addition, the actual functional area of the source contact is determined by the overlap A of the source contact metal 13 and the N+ implant 15 that forms the source region in the semiconductor. Since the N+ implant 15 is defined by a separate mask, relative misalignment of the source contact mask and the N+ implant mask can reduce the functional area of the source contact, thereby increasing source resistance and degrading performance. A worst-case mask misaligned is shown in FIG. 2 where the Ni metal for the source contact 13' has been misaligned to the right and the P+ implant 17 for the P+ base contact 18 has been misaligned to the left. The resulting overlap B of Ni metal and N+ implant has been reduced almost to zero, resulting in a very large contact resistance for this part of the device. Another drawback of this approach is the alignment tolerance (spacing X) that must be built into the MOSFET design to ensure that the source metal 13 never comes into contact with gate 14 under worst-case misalignment. That is, if the MOSFET design parameters require that source metal 13 never gets closer to gate 14 than spacing Y, even under a worst-case mask misalignment (as shown in FIG. 2), then the target mask alignment must be performed with a spacing X. The necessary additional spacing (which is the difference between X and Y) unduly increases the area of the cell, and thus increases RON, SP. Both these problems—increased contact resistance at reduced area overlap B from mask misalignment and increased cell width to ensure adequate spacing Y—are eliminated in the present invention by negating the opportunity for misalignment of source contact metal and gate.

Referring to FIG. 3, there is shown one cell region 20 of a double-diffused, power metal-oxide-semiconductor field effect transistor (DMOSFET) 21 in accordance with the present invention. While this and other embodiments presented herein are directed to power DMOSFETs and method for making the same, the present invention is believed to be applicable in varying degrees to other MOSFET designs or similar semiconductor geometry having a source and a gate

where it is desirable to place the source and gate as close together as possible and/or to minimize or reduce mask misalignment errors relating to positionment of the gate and source. Such other MOSFETs contemplated by the present invention include, but are not limited to, other vertical MOSFETS, e.g., VMOSFETs and UMOSFETs, as well as lateral DMOSFETs.

DMOSFET 21 includes a substrate 23 and a number of semiconductor layers and implants formed on or in the substrate 23 up through top surface 28, collectively referred to as the substrate body 22. The fabrication of substrate body 22, and variations thereof, can be accomplished in a variety of ways well known in the art and not substantially discussed herein. Substrate 23 and the layers and implants are formed from silicon-carbide and doped with N-type or P-type impurities as shown in FIG. 3 and described herein. In addition to the embodiments described, alternative embodiments are contemplated wherein the compositions and configurations of the layers and implants, of the impurity concentrations, and of the method and timing of impurity doping and implant creation differs from that described herein and is in any manner suitable for the intended MOSFET task. Substrate 23 is heavily doped with N-type impurities to an "N+" concentration. Formed atop substrate 23 is drift layer 24, which is lightly doped to an "N−" concentration. Atop drift layer 24 is formed a current spreading epilayer (CSL) 25, which is more heavily doped than drift layer 24, but not as heavily doped as substrate 23. Alternative embodiments are contemplated wherein there is no separately formed CSL layer, and the drift layer 24 extends all the way to the top SiC surface 28. Formed in the top of the current spreading layer 25 is a P well 29. The conductivity types may alternatively be the opposite of those described above. That is, both n-channel and p-channel devices are contemplated as part of the present invention.

It should be understood that the semiconductor device (MOSFET 21) of FIG. 3 may be a single "transistor cell" and that a completely fabricated transistor device may include any number of such semiconductor devices or cells. As such, the present description relating to cell region 20 is with the understanding that the description is applicable to all semiconductor devices that form a larger, fabricated transistor device. For example, the fabricated transistor device may include any number of doped semiconductor wells 29 depending on the number of semiconductor cell regions 20 included therein. In addition, the present embodiment is directed to an interdigitated finger array (as shown in FIG. 10 and described herein), but alternative embodiments are contemplated wherein the number, alignment and interconnection of cell regions 20 may be arranged in a hexagonal cellular array, sometimes referred to as a HEXFET.

Formed within P well 29 are two heavily doped N+ implant source regions 31 and 32 on opposing sides of a heavily doped, central implant P+ base 33, as shown. N+ implant source regions 31 and 32 are heavily doped with N-type impurities to an "N+" concentration, and P+ base 33 is heavily doped with P-type impurities to an "P+" concentration. N+ implants 31 and 32 comprise the two sources of the cell region 20 of MOSFET 21, and P+ base 33 provides ohmic contact to P well 29. The upper surfaces of P+ base 33, of N+ implants 31 and 32, of P well 29 and of CSL epilayer 25 (or of drift layer 24 if there is no separate CSL epilayer 25) are coplanar and together form the upper surface 28 of substrate body 22.

Referring to FIGS. 3 and 4, FIG. 4 is a view of MOSFET 21 shifted one half cell width laterally from the view of FIG. 3. Formed atop upper substrate surface 28 and centered over the left end 36 of one P well 29 and the right end 37 of an

US 8,035,112 B1

5

immediately adjacent P well 29 is a polycrystalline silicon (polysilicon) gate 38 that is surrounded along its top, bottom, left and right sides by an insulating layer of silicon dioxide 41. Formed atop P+ base 33 is a Ti/Al contact metal 43, and a Ni contact metal 44 is formed atop Ti/Al contact metal 43. An Ni ohmic contact metal 45 is formed over the entire MOSFET 21, overlapping the polysilicon gate 38, but insulated from it by the thick oxide layer 41 on the top and sides thereof.

Because gate 38 is completely surrounded by insulating oxide layer 41, its positionment relative to source contacts 31 and 32 is much less critical, and it cannot contrary maximum come in contact with any portion of the Ni metal contact 45 due to any mask misalignment during processing. Gate 38 is centered over the JFET region 48 defined in CSL epilayer 25 between the facing ends 36 and 37 of adjacent P wells 29. Ni ohmic contact metal 45 extends over and contacts with the MOSFET 21 sources (N+ implants) 31 and 32, as well as Ti/Al and Ni metals 43 and 44, respectively. Once gate 38 and Ti/Al and Ni metals are formed atop surface 28, the deposition of Ni metal contact 45 over the entire MOSFET 21 (which is later followed by selective etching to expose and access one portion of commonly connected gates 38) makes conformal, direct and self-aligning contact with the Ti/Al and Ni metals 43 and 44, and, most importantly, with N-source implants 31 and 32. A Ti/Au layer 53 is then formed atop Ni metal contact 45, and thus over all of Ni metal contact 45.

Referring to FIG. 5, MOSFET 21 is there shown as an intermediate semiconductor product 58 with all substrate, layers and doping fabricated up through top SiC surface 28 (which together constitute substrate body 22), an oxidation layer 59, a 4000 Å thick layer 66 of polysilicon formed across oxidation layer 59, and application of gate mask 62 atop polysilicon layer 66 in preparation for etching away a portion of polysilicon layer 66 to create gates 38. The fabrication of intermediate semiconductor product 58, as shown in FIG. 5, can be accomplished in a variety of ways well known in the art. In one embodiment, six quarter wafers were processed to produce DMOSFETs in accordance with the present invention, the processing sequence for which is summarized in Appendix I. A detailed run sheet (including materials, temperatures, pressures, times, and chemicals), with slight modifications to the sequence in Appendix I, is provided in Appendix II. The method set forth in Appendix I (through step "m") and Appendix II (through step 15 and into step 16) represents one method, with some alternative processing steps, for fabricating the intermediate semiconductor product 58 of FIG. 5.

These steps to fabricate intermediate semiconductor product 58 include growing the 50 nm thick silicon lower gate oxide layer 59 on top of the entire surface 28 of the SiC substrate body 22 by thermal oxidation in a pyrogenic oxidation system at 1150° C. for 2.5 hours. This is followed by deposition of a 4000 Å (or alternatively 5000 A, as indicated in Appendix II) layer of polysilicon 66 atop oxide layer 59. Application of gate mask 62 atop the polysilicon slab 66, followed by RIE (Reactive Ion Etch) (Step "m" of Appendix I and step 16a (the third a) of Appendix II) removes the polysilicon within the mask outline and down to the gate oxidation layer 59, thus creating gates 38. Removal of the gate mask reveals the intermediate semiconductor product 58a shown in FIG. 6.

The next procedures include applying ohmic contacts to the source and P+ base and taking advantage of the fact that polysilicon forms a much thicker $SiO_2$ layer than does SiC when thermally oxidized at temperatures in the 850-1000° C. range. The $SiO_2$ is then removed over the SiC by a short oxide etch, without using a photomask to define the area where the oxide is removed and expose the N+ implants 31 and 32 and

6

the P+ base 33. Because it is much thicker, the oxide over the polysilicon gate is not completely removed during this process and forms an insulating layer over and around the polysilicon gate 38. DMOSFET 21 may include the use of a segmented P+ contact to the P+ base, as described U.S. Pat. No. 7,498,633, which is hereby incorporated by reference herein, and as already demonstrated experimentally (see, for example, A. Saha and J. A. Cooper, "A 1200V 4H—SiC Power DMOSFET with Ultra-low On-Resistance," IEEE Transactions on Electron Devices, 54, 2786-2791, October 2007 and A. Saha and J. A. Cooper, "Optimum Design of Short-Channel 4H—SiC Power DMOSFETs," Materials Science Forum, 527-529, 1269-1272, 2006, both of which are hereby incorporated by reference herein). Because the P+ contact only occurs in certain spots along the length of the source fingers, typically occupying around 10-15% of the finger length, the vast majority of the source fingers have no P+ contact, and the full area is available for use as N+ source contact.

Referring to FIG. 7, after the ion etch creates gates 38, an oxidation layer 68 is grown over the entire upper surface of intermediate semiconductor product 58a (Appendix II, step 16, the third step "d": Dry oxidation for 6 hrs. at 1000 C in tube 7, then wet oxidation for 4.5 hrs at 950 C and then dry oxidation for 2 hrs at 950 C) to produce intermediate semiconductor product 58b. Oxidation layer 59 grown from the SiC surface 28 is about 50 nm thick. The foregoing oxidation growing step 16d grows oxidation on the polysilicon gates 38 about ten times faster or more than on the SiC substrate (on which there is already about a 50 nm oxidation layer 59). Consequently, oxidation layer 68 on top and on the sides of each gate 38 has grown to about 500 nm thick (at 69), while only about 10 nm or less of oxidation are added to upper substrate surface 28 (at 70). It is also noted that formation of the roughly 50 nm lower gate oxidation layer 59 was conducted at a temperature of about 1150° C. for several hours—a slow oxidation. The later oxidation of both the polysilicon gates 38 and SiC substrate was conducted at lower temperatures—dry oxidation at 1000° C. for 6 hrs., wet oxidation at 950° C. for 4.5 hrs., and then dry oxidation for 2 hrs. at 950° C. The SiC only grew another 10 nm or less compared to the roughly 500 nm oxide growth on the polysilicon gate 38. At this stage then, oxide layer 68 is about 500 nm thick on the top and sides of gates 38, but only about 60 nm thick or less on the SiC substrate therebetween. A short oxide etch is then applied long enough to completely remove the thin oxide layer (comprising previously formed layers 59 and 70) over substrate surface 28 and between gates 38, which exposes N+ and P+ implants 31, 32 and 33 and thus still leaves a very thick insulating oxide layer 69 on the top and sides of gates 38. The resulting intermediate semiconductor product 58c is shown in FIG. 8. Ohmic contact to P well 29 is then provided by creating Ti/Al and Ni contact metals 43 and 44, respectively, via E-beam evaporation of Ti/Al/Ni (to thicknesses of 100 A/500 A/200 A, respectively) to the now exposed P+ contact 33, as shown in FIG. 3.

A thickness of Ni contact metal 45 is then deposited, without masking, over the entire surface of intermediate semiconductor product 58c via E-beam evaporation, which creates a conformal Ni layer in ohmic contact with N+ source implants 31 and 32 and with the just deposited Ti/Al/Ni contact metals 43 and 44. The thick insulating layer of SiO2 electrically insulates polysilicon gates 38 from Ni contact metal 45. Note that the area of the functional source contact is not determined by the alignment of any masking levels and is not subject to random misalignments during processing. Instead, it is totally determined by the spacing between adjacent polysilicon gates

7

and is, in fact, self-aligned to the gate level, being separated by the thickness of the oxide layer covering the gate. This eliminates the alignment tolerance (X or Y in FIGS. 1 and 2), thus reducing the cell area and the specific on-resistance.

Final steps include E-beam evaporation of a 2000 Å Ni metal contact layer 75 on the backside of the intermediate semiconductor product 58, a contact anneal to activate the P- and N-type contacts, and E-beam evaporation of a Ti/Al layer (at thicknesses of 150 Å/7000 Å, respectively) over the entire semiconductor product 58, which then constitutes the finished DMOSFET 21. The contact anneal forms an alloy between the Ni metal 45 and N+ source implants 31 and 32 and between the Ti/Al metal 43 and P+ implant, upon which step they become "ohmic". The Ti/Au metal layer 53 provides a lower contact resistance than would the subjacent Ni metal layer.

The primary processing steps described herein are accompanied by numerous secondary steps (such as "RCA clean (right before gate oxidation)" and "DI rinse: 6 times"), all of which are listed recited in Appendix II. Alternative embodiments are contemplated wherein the secondary steps (and even certain of the primary steps) can be performed in ways other than recited, with materials, solutions and concentrations other than recited, and for times and under temperatures and conditions other than recited, so long as the gate and substrate source (or other ohmic contact materials) react to form, create or grow an insulation layer (such as SiO$_2$) sufficiently faster, larger and/or with more insulating capacity at the gate surface than at the substrate surface and that will therefore be uniformly removable at a rate which will remove all such formed, created or grown layer substantially or entirely completely from the substrate surface and leave a sufficiently insulative layer around the gate.

FIG. 9 shows the layout of a 10 A DMOSFET having an active area of 0.06 cm2. For this device, a current of 10 A would correspond to a current density of 167 A/cm2. The FET consists of a top half and a bottom half. The bonding pad for the polysilicon gate runs horizontally across the center of the chip, and polysilicon fingers run upward and downward from this pad. Source bonding pads run horizontally along the top and bottom, and Ni source fingers run downward from the top pad and upward from the bottom pad. The source fingers are interdigitated between gate fingers. The active areas between bonding pads are covered with top metal that connects with the source bonding pads (metal not shown). The alignment marks along the periphery of the chip constitute the saw-apart grid, and are destroyed when the die are sawed apart for packaging. The center-to-center spacing between adjacent die is 3.2768 mm.

Examples of such a DMOSFET have been made using Cree wafer JG0186-13, with an 18 mΩ-cm n-type 4H—SiC substrate, an 8.43 μm drift epilayer doped 9.31×1015 cm-3, and a 0.90 μm n-type CSL epilayer doped 9.85×1016 cm-3, and using Cree wafer JG0186-12, with an 18 mΩ-cm n-type 4H—SiC substrate, an 8.439 μm drift epilayer doped 9.55× 1015 cm-3, and a 0.90 μm n-type CSL epilayer doped 1.0× 1017 cm-3. FIG. 10 is a wafer photograph showing the gate and source fingers in more detail.

The gate dielectric described above may be used in conjunction with a short-channel DMOSFET structure, with channel lengths of 0.5 μm or less, such as described in the following paper and patent application, which are hereby incorporated by reference: M. Matin, A. Saha, and J. A. Cooper, Jr., "A Self-Aligned Process for High Voltage, Short-Channel Vertical DMOSFETs in 4H—SiC," IEEE Transactions on Electron Devices, Vol. 51, No. 10, pp. 1721 1725, October, 2004; and patent application Ser. No. 10/821,613,

8

filed Apr. 9, 2004. These references also disclose examples of doping concentrations and other characteristics suitable for a power DMOSFET according to the present invention.

In addition to or instead of such a short-channel structure, a current spreading layer and/or segmented p+ base contacts may be employed, such as described in U.S. Pat. No. 7,498, 633 to Cooper et al., hereby incorporated by reference. The present invention also contemplates various combinations of one or more of such design features with a high-k gate dielectric as disclosed in the U.S. patent application Ser. No. 12/429,153, filed Apr. 23, 2009, entitled Silicon Carbide Power MOSFET With Improved Gate Dielectric, filed in the names of James A. Cooper and Peide Ye.

While the invention has been illustrated and described in detail in the drawings and foregoing description, the same is to be considered as illustrative and not restrictive in character, it being understood that only preferred embodiments have been shown and described and that all changes and modifications that come within the spirit of the invention are desired to be protected.

We claim:

1. A silicon carbide power MOSFET, comprising:
a silicon carbide wafer having a substrate and a drift layer on said substrate, said drift layer having a plurality of source regions formed adjacent an upper surface thereof;
a plurality of polysilicon gates above said drift layer, said plurality of polysilicon gates including a first gate adjacent a first of said source regions, said first gate having a top surface, a lower surface and a sidewall, said sidewall overlying said first source region;
a first oxide layer between said first gate lower surface and said upper surface of said drift layer;
a second, thicker oxide layer over said top surface and sidewall of said first gate; and
a conformal layer of metal extending laterally across said first gate top surface and sidewall and said adjacent first source region.

2. A silicon carbide MOSFET structure, comprising:
a silicon carbide wafer having a substrate body having a source region formed adjacent an upper surface thereof;
first and second oxide layers on said upper surface adjacent said source region;
a polysilicon gate above each of said first and second oxide layers;
a gate oxide layer, thicker than said first and second oxide layers beneath said gates, over each of said gates and the sides thereof; and
a metal or oxide layer over said source region, extending between adjacent gate oxide layers.

3. The silicon carbide MOSFET structure of claim 2, wherein said layer over said source region is a conformal layer of metal extending laterally across said gates and said source region.

4. A silicon carbide MOSFET structure, comprising:
a silicon carbide wafer having a substrate body having a source region formed adjacent an upper surface thereof;
first and second oxide layers on said upper surface adjacent said source region;
a polysilicon gate above each of said first and second oxide layers;
a gate oxide layer, thicker than said first and second oxide layers beneath said gates, over each of said gates and the sides thereof;
a metal or oxide layer over said source region, extending between adjacent gate oxide layers; and

US 8,035,112 B1

<table>
<tr><td>9</td><td>10</td></tr>
</table>

wherein said layer over said source region is an oxide layer of greater thickness than said first and second oxide layers and substantially less thickness than said gate oxide layers.

**5.** A silicon carbide MOSFET structure, comprising:

a silicon carbide wafer having a substrate body having a source region formed adjacent an upper surface thereof;

first and second oxide layers on said upper surface adjacent said source region;

a polysilicon gate above each of said first and second oxide layers;

a gate oxide layer, thicker than said first and second oxide layers beneath said gates, over each of said gates and the sides thereof;

a metal or oxide layer over said source region, extending between adjacent gate oxide layers; and

wherein said MOSFET structure has a first state in which said layer over said source region is an oxide layer of greater thickness than said first and second oxide layers and substantially less thickness than said gate oxide layers, and a second state in which said layer over said source region is a conformal layer of metal extending laterally across said gates and said source region.

**6.** A MOSFET structure, comprising:

a silicon carbide wafer having a substrate body with an upper surface, said substrate body having at least one source region formed adjacent said upper surface;

a substrate surface oxidation layer on said upper surface of said substrate body and adjacent said source region;

at least two polysilicon gates above said substrate surface oxidation layer, said gates each having a top, a bottom and sides, wherein a first source region of said at least one source region is juxtaposed between first and second adjacent gates of said at least two polysilicon gates;

a gate oxide layer, thicker than said substrate surface oxidation layer, over said tops and sides of each of said gates; and

a material layer over said first source region and between said gate oxide layers on said sides of said gates, said material layer comprising one of an oxide and a metal contact.

**7.** The MOSFET structure of claim **6**, wherein said gate oxide layer is more than eight times thicker than said substrate surface oxidation layer.

**8.** The MOSFET structure of claim **6**, wherein said material layer is a source oxide layer having a thickness greater than that of said substrate surface oxidation layer and less than that of said gate oxide layer.

**9.** The MOSFET structure of claim **8**, wherein said source oxide layer includes a first layer homogeneously formed with and of the same thickness as said substrate surface oxidation layer and a second, separately formed layer homogeneously formed with and of lesser thickness than said gate oxide layer.

**10.** The MOSFET structure of claim **6**, wherein said material layer is a metal contact layer providing external electrical contact with said at least one source region.

**11.** The MOSFET structure of claim **10** wherein said metal contact layer extends over substantially the entire MOSFET structure except for at least one gate contact access portion, said metal contact layer being in electrical contact with said at least one source region but electrically insulated from said at least two polysilicon gates by at least one of said gate oxide layer and said substrate surface oxidation layer.

**12.** The MOSFET structure of claim **10**, wherein said metal contact layer extends over said gates and covers the space between them, said metal contact layer being in electrical contact with said at least one source region but electrically insulated from said gates by at least one of said gate oxide layer and said substrate surface oxidation layer.

**13.** The MOSFET structure of claim **6**, wherein said substrate body includes a lower, heavily doped substrate and a lightly doped superjacent drift layer.

**14.** The MOSFET structure of claim **13**, wherein said at least one source region is defined in said drift layer.

**15.** The MOSFET structure of claim **6**, wherein said substrate body includes a lower, heavily doped substrate, a lightly doped drift layer superjacent to said substrate, and a current spreading layer (CSL) that is superjacent to said drift layer and that is more heavily doped than said drift layer, but not as heavily doped as said substrate.

**16.** The MOSFET structure of claim **15**, wherein said at least one source region is defined in said current spreading layer (CSL).

\* \* \* \* \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.         : 8,035,112 B1                                    Page 1 of 12
APPLICATION NO.   : 12/429176
DATED             : October 11, 2011
INVENTOR(S)       : Cooper et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

> In column 5, line 66, please change "photomask" to --photomask,--.
> In column 8, line 21, please add the attached Appendix I and Appendix II.

Signed and Sealed this
Seventh Day of February, 2012

*David J. Kappos*

David J. Kappos
*Director of the United States Patent and Trademark Office*

CERTIFICATE OF CORRECTION (continued)                                      Page 2 of 12
U.S. Pat. No. 8,035,112 B1

# APPENDIX I:
## PICTORIAL DEPICTION OF THE FABRICATION PROCESS



| | |
|---|---|
| 6 μm epi<br>$N_D = 1.9e16$ cm$^{-3}$  —Substrate | ■ Starting Wafer :<br>4H-SiC, 6 μm N-epilayer with a doping of 1.9e16 cm$^{-3}$.<br>■ Substrate specification: 416 μm thick with a resistivity of 19 mohm-cm, orientation = 8°9'. |
| a)  Starting wafer. | |
| SiO$_2$<br>1.5 μm polysilicon    SiO$_2$<br>6 μm epi.<br>$N_D = 1.9e16$ cm$^{-3}$ | ■ Wet Oxidation @ 1150°C for 90 min., oxide thickness = 300 Å<br>■ Deposition of 1.5 μm polysilicon @ 600°C<br>■ Wet Oxidation @ 900°C for 20 min., oxide thickness = 200 Å |
| b)  Wafer cross-section after poly-silicon deposition. | |
| Ti/Ni  2000 Å   Ti/Ni<br>Poly              SiO$_2$<br>N-SiC | ■ Liftoff lithography using Mask#1 (Pwell Mask)<br>■ E-beam evaporation of Ti(150Å)/1900Å  Ni and liftoff |
| c)  Wafer cross-section after pwell lithography and Ti/Ni liftoff. | |
| 10 μm        AZ4620<br>Ti/Ni  RIE   Ti/Ni  RIE<br>Poly              SiO$_2$<br>N-SiC | ■ Etching lithography using Mask#2 (micro-masking mask), photoresist used : AZ4620<br>■ RIE to pattern polysilicon @ 100 W, 400 volt, using SF$_6$ @ 10 sccm. It takes 17-18 min. to etch through the polysilicon. This patterned polysilicon acts as a mask for pwell implantation. |
| d)  Patterning of polysilicon using Ti/Ni mask. | |







| | |
|---|---|
| k) Wafer cross-section after all implantation and anneal | ■ Removal of Ti/Au layer by aqua-regia.<br>● Deposit PR and graphetize to form implant cap layer.<br>■ Implant anneal @ 1600°C for 40 min in silane (SiH₄) ambient.<br>■ Post-implant anneal cleaning. |
| l) Etch isolation trench. | ● E-beam evaporation of Ni and liftoff.<br>● RIE isolation trench in SF₆.<br>● Remove Ni etch mask using piranha. |
| m)   Patterning of polysilicon gate. | ■ RCA cleaning.<br>■ Gate oxidation (pyrogenic oxidation @1150°C for 150 min).<br>■ NO anneal (for 2 hr. at 1175°C).<br>■ Deposition of 4000 A polysilicon @ 600°C.<br>■ Spin-on dopant (phosphorous) and drive-in at 900° C.<br>■ Etching lithography using Mask # 7 (gate mask).<br>■ RIE of polysilicon @ 30 W using SF₆ @ 10 sccm to pattern the polysilicon. |



| | • Oxidize polysilicon gate. |
|---|---|
| | ■ Liftoff lithography using mask # 8 (pcontact mask). |
| | ■ RIE at 100 W for 1 min. |
| | ■ Barrel etch at 100 W for 1 min. |
| | ■ BHF dip for 20 s |
| | ■ Ebeam evaporation of Ti/Al/Ni (100A/500A/200A) and liftoff. |
| n) P⁺ contact lithography and liftoff. | |



| | ■ Liftoff lithography using Mask # 9 (ncontact mask). |
|---|---|
| | ■ RIE at 100 W for 1 min |
| | ■ Barrel etch at 100 W for 1 min. |
| | ■ BHF dip for 20 s. |
| | ■ Ebeam evaporation of 500 A Ni and liftoff. |
| | ■ Ebeam evaporation of 2000 A Ni on the backside (drain contact). |
| | ● Contact anneal @ 900°C for 2 min. in vacuum. |
| o) N+ contact lithography and liftoff. | |

| | ■ Liftoff lithography using mask # 9 (ncontact mask). |
|---|---|
| | ■ Ebeam evaporation Ti/Au (150A/7000A) and liftoff |
| p) Final device cross-section after top metal deposition. | |

# APPENDIX II:
# PROCESS RUN SHEET FOR OPTIMIZED DMOSFET WITH SELF-ALIGNED SOURCE CONTACTS

**1. Initial Wafer Clean:**
(i) Solvent Clean:
a. Soak in Acetone: 5 min. using ultrasonic cleaner (USC).
b. Soak in Methanol: 5 min. using USC.
c. Soak in Acetone: 5 min. using USC.
d. Soak in Methanol: 5 min. using USC.
e. DI rinse and N2 blow dry.
(ii) Acid Clean:
a. Aqua regia (3HCL: 1 HNO3): 30 min.
b. DI rinse : 6 times.
c. Piranha (1H2O2: 1H2SO4): 15 min.
d. DI rinse : 6 times.
e. BHF dip: 5 min.
f. DI rinse : 6 times.

**2. Oxidation and Poly-deposition:**
a. Wet oxidation at 900 C for 90 min. in tube 7.
b. Deposition of polysilicon at 575 C for 5.5 hrs. at pressure of 160 mtorr , required thickness = 1.5 μm.(Test run is needed right before the actual run to determine the deposition rate).
c. Wet oxidation at 900 C for 30 min. in tube 7.

**3. Pwell Lithography and liftoff:**
a. Solvent clean (5 min. acetone + 5 min. methanol).
b. Barrel etch for 5 min. in 300 W.
c. Spin COPMMA EL9 @ 2500 rpm for 40 s; bake on hot plate at 200 C for 3 min.; Spin PMMA A2 @ 2500 rpm for 40 s; bake on hot plate at 200 C for 2 min.
d. Ebeam writing for pwell: filament current is 73nA, dose is 900 μC/cm2,VRU4.
e. Develop with MIBK : IPA (1:2.5) for 15 s, rinse in IPA for 1 min.
f. Barrel etch at 100 W for 2 min.
g. Evaporate Ti (150 A) / Ni (2000 A) with 1 A/s rate.
h. Soak in methylene chloride (CH2Cl2) for 6 hrs, use very light methanol spray for proper liftoff of 4 μm x 4 μm ebeam alignment marks. After liftoff, soak in methanol, then rinse in DI water.

**4. Micro-masking lithography:**
a. Solvent clean (5 min. acetone + 5 min. methanol).
b. Hard bake at 120 C (in oven) for 20 min., cool down properly.
c. Apply AZ4620 at 5000 rpm for 40 s.
d. Softbake at 90 C (in oven) for 5 min., cool down properly.
e. Micro-masking Lithography, exposure time 12 s for UV power 23W/cm2.
f. Develop in (1 AZ 351: 3 DI ) for 50 s, rinse in DI water for 1 min.
g. Hardbake at 120 C (in oven) for 13 min.

**5. RIE of Polysilicon :**
RIE polysilicon at 100 W, 400 V using SF6 with flow rate of 10 sccm. It was done in 5 + 5 + 3 + 3 + 2 + 1. min. steps, it takes 17-18 min. to etch through 1.5 μm polysilicon. In the last phase of the etching

process, the color of thin polysilion layer becomes prominent. One can see pink, then green, then blue/white color at this phase. It nearly takes 1-1.5 min. to clean the residual polysilicon layer after you see the blue/white color. SiC/SiO2 has a very smooth texture compared to much rough polysilicon.

**6. Registration mark lithography and RIE:**
a. Solvent clean (5 min. acetone + 5 min. methanol).
b. Hard bake at 120 C (in oven) for 15 min., cool down properly.
c. Apply HMDS 5000 rpm for 30 s;AZ4620 at 5000 rpm for 40 s.
d. Softbake at 90 C (in oven) for 5 min., cool down properly.
e. Registration mark Lithography, exposure time 12 s for UV power 23 W/cm2.
f. Develop in (1 AZ 351: 3 DI) for 40 s., rinse in DI water for 2 min.
g. Hardbake at 120 C (in oven) for 10 min.
h. 10 min RIE at 100 W, 400 V, using SF6 at 20 sccm, it etch nearly 0.5 μm SiC.
i. Soak in acetone for 1 hr.
j. Barrel etch for 5 min. at 150 W to remove residual resist (AZ 4620).

**7. Pwell implantation:**
Send wafer to Kroko for pwell (aluminum) implantation at 650 C, 0 degree, [Dose,Energy] = [(2e12, 60 keV), (4e12, 100 keV), (2.2e13, 260 keV), (6.3e13, 330keV)] and counter doping (nitrogen) [Dose, Energy] = [(6e12(for #5)/7e12(for #6), 30 keV)].

**8. Oxidation of polysilicon and channel length measurement:**
a. Strip off Ti/Ni by soaking in piranha for 5 min. Rinse in DI.
b. Measure the width of the patterned polysilicon features (by SEM) as well as step height (by AlphaStep).
c. Piranha clean for 5 min. Rinse in DI.
d. Wet oxidation at 1000 C for 9 hrs in tube 7.
e. Measure the step height by AlphaStep, the change in height is about 0.75 μm. (Piranha clean is must before any oxidation).
f. Measure the width of oxidized polysilicon layer after oxidation, calculate channel length.

**9. N+ block lithography and liftoff:**
a. Solvent clean ( 5 min. acetone + 5 min. methanol).
b. Hard bake at 120 C (in oven) for 20 min., cool down properly.
c. Apply HMDS 5000 rpm for 30s,AZ1518 at 4000 rpm for 40 s.
d. Softbake at 90 C (in oven) for 15 min., cool down properly.
e. N+ block Lithography, exposure time 7s for UV power 23 W/cm2
f. Soak in chlorobenzene for 9 min.
g. Develop in (1 AZ 351: 4 DI) for 30 s, rinse in DI water for 2 min.
h. Evaporate Ti (150 A)/ Au (4500 A).
g. Soak in Acetone overnight, use light acetone spray for liftoff.
h. DI rinse

**10. N+ source implantation:**
a. Send the wafer to Kroko for source (nitrogen) implantation at 650 C, 0 degree,[Dose, Energy] = [(2.5e14, 30 keV), (2.7e14, 70 keV), (4e14, 120 keV)

**11. P+ implantation lithography:**
a. Remove Ti/Au using aqua regia + piranha.
b. Solvent clean (5 min. acetone + 5 min. methanol)
c. Hard bake at 120 C (in oven) for 20 min., cool down properly.
d. Apply HMDS 5000 rpm for 30 s,AZ1518 at 4000 rpm for 40 s.

e. Softbake at 90 C (in oven) for 15 min., cool down properly.
f. N+ block  Lithography, exposure time 7 s for UV power 23 W/cm2
g. Soak in chlorobenzene for 9 min.
h. Develop in (1 AZ 351: 4 DI) for 30 s, rinse in DI water for 2 min.
i. Evaporate Ti (150 A)/ Au (4500 A).
j. Soak in Acetone overnight, use light acetone spray for liftoff.
k. DI rinse

**12. P+ implantation:**
a. Send the wafer to Kroko for p+ (aluminum) implantation at 650 C, 0 degree,[Dose, Energy] = [(1e14, 40 keV), (2e14, 100 keV), (2.4e14, 170 keV).

**13. Implant Anneal:**
a. Remove Ti/Au using aqua regia + piranha.
b.  BHF for 30 min.
c. HF:H2O:HNO3=1:1:7   5 min ; DI rinse
d. BHF 20min DI rinse; Piranha 15 min, DI rinse
e. make graphite cap
Apply AZ 1518 @ 2500 rpm 15 s; 3 times; Hard bake@120 C 20 min(in oven);Apply AZ1518 @ 2500 rpm 15 s ; twice; Hard bake @120 C 20 min (in oven) Ar 600C 20 min
f. Implant anneal at 1600 C for 40 min. in SiH4/Ar ambient.
g. remove graphite cap
900 C  1 hr dry oxidation in tube 7
h. Post implant cleaning :
Aqua Regia: 30 min.
HHF + HHNO3: 15 min.
Piranha: 15 min.
BHF: 5 min.
Sacrifice oxidation; 1150C dry oxidation 2 hrs in tube 7

**14. Trench Etch:**
a. Solvent clean (5 min. acetone + 5 min. methanol).
b. Hard bake at 120 C (in oven) for 20 min., cool down properly.
c. Apply AZ1518 at 4000 rpm for 40 s.
d. Softbake at 90 C (in oven) for 15 min., cool down properly.
e. Trench etch (optical) Lithography, exposure time 7 s for UV power 23 W/cm2
f. Soak in chlorobenzene for 9 min.
g. Develop in (1 AZ 351: 4 DI) for 30 s, rinse in DI water for 2 min.
h. Evaporate Ti (150 A)/ Ni (2000 A).
i. Soak in acetone for 4 hrs, use acetone spray for liftoff, DI rinse.
j. Solvent clean ( 5 min. acetone + 5 min. methanol).
k. Hard bake at 120 C (in oven) for 20 min., cool down properly.
l. Apply AZ4620 at 5000 rpm for 40 s.
m. Softbake at 90 C (in oven) for 5 min., cool down properly.
n. Micro-masking lithography for trench etch , exposure time 12.5 s for UV power 23 W/cm2.
o. Develop in (1 AZ 351: 3 DI ) for 30 s, rinse in DI water for 2 min.
p. Hardbake at 120 C (in oven) for 11 min.                    3/6
q. 25 min +15 min + 15 min RIE at 100 W, 400 V, using SF6 at 20 sccm, it etched nearly 2.5 μm SiC.
r. Soak in acetone for 1 hr.
s. Barrel etch for 5 min. at 150 W to remove residual resist (AZ 4620).
t. Soak in Piranha for 5 min. to remove Ti/Ni.

**CERTIFICATE OF CORRECTION (continued)**                          Page 10 of 12
**U.S. Pat. No. 8,035,112 B1**

u. BHF dip for 5 min to remove oxide layer.

**15. Gate Oxidation and NO anneal:**
a. RCA clean (right before gate oxidation).
b. Gate oxidation at 1150 C for 2.5 hrs followed by Argon anneals (30 min. at 1150 C, then another 30 min. at 950 C) and re-oxidation anneal at 950 C for 2 hrs.
c. Piranha clean for 5 min.
d. NO anneal at 1175 C for 2 hrs.
e. Piranha clean for 5 min.
f. 5000 A Polysilicon deposition at 575 C 160 mtorr.
g. Apply phosphorous spin on dopant at 5000 rpm for 20 s; Hard bake at 200 C.
h. Drive-in at 900 C for 1 hr.
i. BHF dip for 5 min.
j. Four probe measurement to measure the resistivity of polysilicon.
k. Piranha clean for 5 min, BHF dip for 30 s
l. 5000 A Polysilicon deposition at 575 C 160 mtorr
m. Apply phosphorous spin on dopant at 5000 rpm for 20 s; Hard bake at 200 C
n. Drive-in at 900 C for 1 hr
o. BHF dip for 5 min.
p. Four probe measurement to measure the resistivity of polysilicon
q. Dry oxidation for 20 min. at 1000 C in tube 7.

**16. Gate Patterning(ebeam/optical):**
**Ebeam for Samples 1, 2, and 3**
a. Solvent clean (5 min. acetone + 5 min. methanol).
b. Barrel etch for 5 min. in 300 W.
c. Spin COPMMA EL9 @2 500 rpm for 40 s; bake on hot plate at 200 C for 3 min.; Spin PMMA A2 (@ 2500 rpm for 40 s; bake on hot plate at 200 C for 2 min.
d. Ebeam writing for gate fingers: 30 nA writing current, VRU4.
e. Develop with MIBK : IPA (1:3) for 30 s (do in 10 s steps). rinse in IPA
for 1 min. after each developing step.
f.Barrel etches for 2 min in 100W
f. Evaporate Ti (200 A) / Ni (1550 A).
g. Soak in CH2Cl2 for 1 hr. for liftoff. Use methanol squat bottle for liftoff. Rinse in DI water.
**Optical for Samples 4, 5, and 6**
a. Solvent clean (5 min. acetone + 5 min. methanol)
b. Hard bake at 120 C (in oven) for 20 min., cool down properly.
c. Apply HMDS 5000 rpm for 30 s, AZ1518 at 4000 rpm for 40 s.
d. Softbake at 90 C (in oven) for 15 min., cool down properly.
e. Gate patterning (optical) Lithography, exposure time 7 s for UV power 23 W/cm2
f. Soak in chlorobenzene for 9 min.
g. Develop in (1 AZ 351: 4 DI) for 30 s, rinse in DI water for 2 min.
h. 1 min. Barrel etch at 100 W for 1 min.
i. Evaporate Ti (200 A) / Ni (1550 A).
j. Soak in Acetone overnight for liftoff. Use methanol squat bottle for liftoff. Rinse in DI water.
**Pattern gate polysilicon**
a. RIE at 100 W, 400 V at SF6 flow rate of 10 sccm to pattern gate polysilicon.
b. Soak in Piranha for 5 min. to remove Ti//Ni layer.
c. Measure polysilicon thickness
d. Dry oxidation for 6hrs. at 1000 C in tube 7, then wet oxidation for 4.5 hrs at 950 C and then dry oxidation for 2 hrs at 950 C

**CERTIFICATE OF CORRECTION (continued)**                                Page 11 of 12
**U.S. Pat. No. 8,035,112 B1**

e. Measure increase in height, it is about 0.52 μm ~ 0.54 μm.
f. Solvent clean (5 min. acetone + 5 min. methanol).
g. Hard bake at 120 C (in oven) for 20 min., cool down properly.
h. Apply AZ1518 at 2000 rpm for 40 s.
i. Softbake at 90 C (in oven) for 15 min., cool down properly.
j. Gate pad Lithography, exposure time 7 s for UV power 23W/cm2. Develop in (1 AZ 351: 4 DI) for 30
s, rinse in DI water for 2 min.
k. Hardbake at 120 C (in oven) for 20 min.
l.RIE at 100 W,400 V at SF6 flow rate of 10 sccm to open gate pad.
j. Dip in BHF for 30 s holding the wafer by tweezers.
k. Rinse in DI water properly.
l. I-V probe test to make sure the oxide layer from gate pad region is fully removed.

**17. P+ Contact:**
a. Solvent clean (5 min. acetone + 5 min. methanol)
b. Hard bake at 120 C (in oven) for 20 min., cool down properly.
c. Apply HMDS 5000 rpm for 30 s, AZ1518 at 4000 rpm for 40 s.
d. Softbake at 90 C (in oven) for 15 min., cool down properly.
e. P+ contact Lithography, exposure time 7 s for UV power 23 W/cm2
f. Soak in chlorobenzene for 9 min.
g. Develop in (1 AZ 351: 4 DI) for 30 s, rinse in DI water for 2 min.
h. 1 min. Barrel etch at 100 W for 1 min.
i. RIE 100 W, 400 V at SF6 flow rate of 10 sccm 1.35 min
j. 1 min. Barrel etch at 100 W for 1 min.
k. BHF dip for 5 s (holding the wafer with tweezers). Rinse in DI.
l. Evaporate Ti (333 A)/Al(1667 A)/Ni (1000 A). (Load the wafer in the evaporation chamber right after
BHF dip).
m. Soak in Acetone overnight for liftoff. Use methanol squat bottle for liftoff. Rinse in DI water.

**18. Source Contact:**
a. Solvent clean (5 min. acetone + 5 min. methanol)
b. Hard bake at 120 C (in oven) for 20 min., cool down properly.
c. Apply HMDS 5000 rpm for 30 s, AZ1518 at 4000 rpm for 40 s.
d. Softbake at 90 C (in oven) for 15 min., cool down properly.
e. Source contact Lithography, exposure time 7 s for UV power 23 W/cm2
f. Soak in chlorobenzene for 9 min.
g. Develop in (1 AZ 351: 4 DI) for 30 s, rinse in DI water for 2 min.
h. 1 min. Barrel etch at 100 W for 1 min.
i. RIE 100 W, 400 V, 1.35 min
h. 1 min. Barrel etch at 100 W for 1 min.
i. BHF dip for 10 s (holding the wafer with tweezers). Rinse in DI.
h. Evaporate Ni (1000 A). (Load in the evaporation chamber right after BHF dip).
i. Soak in Acetone overnight for liftoff. Use methanol squat bottle for liftoff. Rinse in DI water.

**19. Drain Contact:**
a. Apply AZ1518 on the front side of the wafer.
b. Hard bake for 20 min. Cool down properly.
c. Etch backside polysilicon by wet etch and oxide layer by BHF dip (holding the wafer with tweezers).
d. Deposit Ni (2000 A) on the backside of the wafer.
e. Remove photoresist by soaking the wafer in acetone. Soak in methanol. DI rinse.

**U.S. Pat. No. 8,035,112 B1**

f. Measure devices.

**20. Contact Anneal:**
a. Soak in acetone for 2 hrs, soak in methanol for 2 hrs.
b. Contact anneal at 900 C for 2 min. in vacuum.
c. Barrel etch for 5 min. at 100 W.
d. Measure Devices.

**21. Top Metal:**
a. Solvent clean (5 min. acetone + 5 min. methanol)
b. Hard bake at 120 C (in oven) for 20 min., cool down properly.
c. Apply HMDS 5000 rpm for 30 s, AZ1518 at 4000 rpm for 40 s.
d. Softbake at 90 C (in oven) for 15 min., cool down properly.
e. Top metal Lithography, exposure time 7 s for UV power 23 W/cm2
f. Soak in chlorobenzene for 9 min.
g. Develop in (1 AZ 351: 4 DI) for 30 s, rinse in DI water for 2 min.
h. 1 min. Barrel etch at 100 W for 1 min.
i. BHF dip for 10 s (holding the wafer with tweezers). Rinse in DI.
j. Evaporate Ti (200 A)/ Au (7500 A). (Load in the evaporation chamber right after BHF dip).
k. Soak in Acetone overnight for liftoff. Use acetone spray for liftoff. Rinse in DI water.
h. Measure Devices. !!! DONE!!!