# Exhibit A-3

| From: | Michael Shore |
|---|---|
| To: | Cohen, Justin S (DAL - X61211); Raphael Chabaneix; Mark Siegmund; Alfonso Chan; Chiji Offor |
| Cc: | Alicia Cary-Howell; Halima Shukri Ndai; Sostek, Bruce S (DAL - X61234); Wynne, Richard L (DAL - X61386); Max Ciccarelli |
| Subject: | RE: Trustees of Purdue University v. STMicroelectronics N.V., et al; Case No. 6:21-cv-00727-ADA |
| Date: | Wednesday, January 12, 2022 10:36:32 PM |
| Attachments: | image001.png |

*[External email]*
If you are serious, we need to conference about Purdue's upcoming request that the Court open discovery completely, or shut down ST's efforts to essentially seek discovery through Purdue's professors, employees and licensing arm. As you know, that is literally, or practically all the discovery ST will ever see.

Let me know a time early next week to open discovery or shut ST's efforts at unilateral discovery.

Michael

Sent via the Samsung Galaxy S20 FE 5G, an AT&T 5G smartphone

-------- Original message --------
From: "Cohen, Justin S (DAL - X61211)" <Justin.Cohen@hklaw.com>
Date: 1/12/22 8:59 PM (GMT-06:00)
To: Raphael Chabaneix <rchabaneix@shorechan.com>, Mark Siegmund <mark@swclaw.com>, Michael Shore <mshore@shorechan.com>, Alfonso Chan <achan@shorechan.com>, Chiji Offor <coffor@shorechan.com>
Cc: Alicia Cary-Howell <acary-howell@shorechan.com>, Halima Shukri Ndai <hndai@shorechan.com>, "Sostek, Bruce S (DAL - X61234)" <Bruce.Sostek@hklaw.com>, "Wynne, Richard L (DAL - X61386)" <Richard.Wynne@hklaw.com>, Max Ciccarelli <Max@CiccarelliLawFirm.com>
Subject: RE: Trustees of Purdue University v. STMicroelectronics N.V., et al; Case No. 6:21-cv-00727-ADA

CAUTION: External Email!
Counsel for Purdue - Your firm served objections to the third-party subpoenas served on Dr. Cooper, Bahret & Associates, and The Purdue Research Foundation (collectively, the "Third Parties").  It's unclear to what extent the Third Parties intend to stand on their objections or begin producing documents. For example, the Third Parties have provided objections to all requests, including objecting to producing documents on the theory that the same documents should be obtained from Purdue.

We would like to begin the meet-and-confer process this Friday, Monday, or Tuesday. Please let us know when you are available. During the meet-and-confer, we expect to understand the status of

the document collection and production from the Third Parties, whether we can resolve most of the objections by reaching an understanding on what will be searched for and produced, and which objections (if any) the Third Parties intend to stand on such that we a dispute that must be resolved.

Regarding ESI, we expect that the Third Parties will following the Court's OGP and discuss the identification of email custodians and search terms.

We look forward to working with you to resolve these subpoena objections from the Third Parties.

Thank you,

~Justin

**Justin S. Cohen** | **Holland & Knight**
Direct 214.969.1211 | Cell 214.605.1993
Add to address book | View professional biography

---

**From:** Alicia Cary-Howell <acary-howell@shorechan.com>
**Sent:** Monday, January 3, 2022 4:40 PM
**To:** Cohen, Justin S (DAL - X61211) <Justin.Cohen@hklaw.com>
**Cc:** Raphael Chabaneix <rchabaneix@shorechan.com>
**Subject:** Trustees of Purdue University v. STMicroelectronics N.V., et al; Case No. 6:21-cv-00727-ADA

*[External email]*
Dear Mr. Cohen,
Attached please find the Objections and Responses to Subpoenas for Testimony and Documents from Professor James Cooper and from Bahret & Associates that I am emailing on behalf of Raphael Chabaneix.

Thank you,



Alicia Cary-Howell
Paralegal
Shore Chan LLP
Bank of America Plaza
901 Main Street, Suite 3300, Dallas, Texas 75202
214-593-9113 (Direct) | 214-593-9110 (Firm)
www.shorechan.com