# Exhibit A-4

| | |
|---|---|
| **From:** | Regan Rundio |
| **To:** | Sam Joyner |
| **Cc:** | Sostek, Bruce S (DAL - X61234); Wynne, Richard L (DAL - X61386); Cohen, Justin S (DAL - X61211); Bustamante, Bryan J (DAL - X61364); Haghighatian, Nadia E (DAL - X61261); Max Ciccarelli; Alfonso Chan; Mark Siegmund |
| **Subject:** | RE: Purdue v. STMicroelectronics N.V. et al., No. 6:21-cv-00727-ADA (W.D. Tex.) -- Current Issues |
| **Date:** | Monday, November 22, 2021 11:45:10 AM |
| **Attachments:** | image001.png<br>image002.png |

*[External email]*

Counsel:

The Court will grant Plaintiff's request to open non-party discovery, but each party is instructed to notify the other whenever serving discovery on a non-party and whenever a deposition of a non-party is scheduled. Any documents produced under a subpoena should be shared with the opposing side.

The Court will also grant the modest delay Defendants have requested. The scheduling order will be entered on the docket shortly. I believe this resolves the parties' disputes but please review the scheduling order and let me know.

Regards,

Regan



**Regan Rundio**
*Law Clerk to the*
*Hon. Alan D Albright*
U.S. District Court
Western District of Texas
Office**: 254-750-1517**

---

**From:** Regan Rundio
**Sent:** Friday, November 19, 2021 5:37 PM
**To:** Sam Joyner <sjoyner@shorechan.com>
**Cc:** Sostek, Bruce S (DAL - X61234) <Bruce.Sostek@hklaw.com>; Wynne, Richard L (DAL - X61386) <Richard.Wynne@hklaw.com>; Cohen, Justin S (DAL - X61211) <Justin.Cohen@hklaw.com>; Bustamante, Bryan J (DAL - X61364) <Bryan.Bustamante@hklaw.com>; Haghighatian, Nadia E (DAL - X61261) <Nadia.Haghighatian@hklaw.com>; Max Ciccarelli <max@CiccarelliLawFirm.com>; Alfonso Chan <achan@shorechan.com>; Mark Siegmund <msiegmund@shorechan.com>
**Subject:** RE: Purdue v. STMicroelectronics N.V. et al., No. 6:21-cv-00727-ADA (W.D. Tex.) -- Current Issues

Counsel:

This is received. Have a good weekend.

Regards,

Regan



**Regan Rundio**
*Law Clerk to the*
*Hon. Alan D Albright*
U.S. District Court
Western District of Texas
Office**:  254-750-1517**

---

**From:** Sam Joyner <sjoyner@shorechan.com>
**Sent:** Friday, November 19, 2021 5:35 PM
**To:** Regan Rundio <Regan_Rundio@txwd.uscourts.gov>
**Cc:** Sostek, Bruce S (DAL - X61234) <Bruce.Sostek@hklaw.com>; Wynne, Richard L (DAL - X61386) <Richard.Wynne@hklaw.com>; Cohen, Justin S (DAL - X61211) <Justin.Cohen@hklaw.com>; Bustamante, Bryan J (DAL - X61364) <Bryan.Bustamante@hklaw.com>; Haghighatian, Nadia E (DAL - X61261) <Nadia.Haghighatian@hklaw.com>; Max Ciccarelli <max@CiccarelliLawFirm.com>; Alfonso Chan <achan@shorechan.com>; Mark Siegmund <msiegmund@shorechan.com>
**Subject:** RE: Purdue v. STMicroelectronics N.V. et al., No. 6:21-cv-00727-ADA (W.D. Tex.) -- Current Issues

**CAUTION - EXTERNAL:**

Regan,

For the hearing on Monday, November 22 at 11:30am, attached is a Word version of the amended disputed scheduling order that I just filed with opposing counsel's permission. *See* ECF No. 44 (Notice of Amended Disputed Scheduling Order).

Thank you,
Sam

Samuel E. Joyner
*Partner*



214.593.9124 | c 214.923.1543
sjoyner@shorechan.com | shorechan.com