# Exhibit A-5

| | |
|---|---|
| **From:** | Max Ciccarelli |
| **To:** | Sam Joyner; Alfonso Chan; Mark Siegmund |
| **Cc:** | Sostek, Bruce S (DAL - X61234); Cohen, Justin S (DAL - X61211); Wynne, Richard L (DAL - X61386); Haghighatian, Nadia E (DAL - X61261) |
| **Subject:** | Purdue v. ST -- third-party subpoenas |
| **Date:** | Thursday, December 9, 2021 7:51:50 PM |

*[External email]*

Sam,

ST intends to serve third-party discovery on the following people and entities: The Purdue Research Foundation, Barnes & Thornburg, William F. Bahret, James A. Cooper, and Asmita Saha.  If Purdue intends to take the position that any of these are not third parties, please let us know when tomorrow you are available to meet and confer.

Thanks.

**Max Ciccarelli**
Ciccarelli Law Firm
Office: 214-444-8869
Cell: 469-939-1598
Email: Max@CiccarelliLawFirm.com
Web: www.CiccarelliLawFirm.com
vCard