# Exhibit A-7

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>Plaintiff(s),<br>vs.<br><br>STMICROELECTRONICS N.V., STMICROELECTRONICS INTERNATIONAL N.V., AND STMICROELECTRONICS, INC.,<br><br>Defendant(s). | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 6:21-cv-00727-ADA |

## RETURN OF SERVICE

Came to my hand on **Thursday, December 16, 2021 at 1:34 PM,**
Executed at: **1281 WIN HENTSCHEL BLVD, STE 2500, WEST LAFAYETTE, IN 47906**
at **3:05 PM,** on **Thursday, December 16, 2021,**
by delivering to the within named:

**PURDUE RESEARCH FOUNDATION**

by delivering to its **Registered Agent, SCOTT SEIDLE**
by personally delivering to **Client Communication and Engagement Manager, BREANNA BENN who stated she was authorized to accept service on behalf of PURDUE RESEARCH FOUNDATION**

**STMICROELECTRONICS'S NOTICE OF SUBPOENA TO PURDUE RESEARCH FOUNDATION with SUBPOENA TO TESTIFY AT A DEPOSITION AND TO PRODUCE DOCUMENTS WITH EXHIBITS A & B**

**And tendered a Witness Fee of $40.00 which was accepted.**

BEFORE ME, the undersigned authority, on this day personally appeared PHILLIP PENN who after being duly sworn on oath states: "My name is PHILLIP PENN. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Indiana. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude.

By: ______________________
**PHILLIP PENN – Process Server**

**Subscribed and Sworn to by PHILLIP PENN, Before Me, the undersigned authority, on this** 4th **day of January, 2022.**

NOTARY PUBLIC SEAL INDIANA

**JILLIAN NEWKIRK, Notary Public**
**Marion County, State of Indiana**
**Commission Number 0661007**
**My Commission Expires December 1, 2022**

______________________
**Notary Public in and for the State of Indiana**