Exhibit A-8

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE TRUSTEES OF<br>PURDUE UNIVERSITY,<br><br>     Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS N.V.,<br>STMICROELECTRONICS<br>INTERNATIONAL N.V., and<br>STMICROELECTRONICS, INC.,<br><br>     Defendants. | Civil Action No.  6:21-cv-00727-ADA<br><br>JURY TRIAL DEMANDED |

## PURDUE RESEARCH FOUNDATION'S OBJECTIONS TO SUBPOENA FOR TESTIMONY AND DOCUMENTS

Non-party Purdue Research Foundation ("PRF") objects to Defendant STMicroelectronics Inc.'s ("ST-INC") subpoena for testimony and documents, issued December 16, 2021 ("Subpoena").

Regarding ST-INC's command to testify at a deposition, the Subpoena is invalid and unenforceable for at least three reasons. ST-INC did not personally serve the Subpoena on Scott Seidle or other agent authorized under Federal Rule of Civil Procedure 4 to accept service of process. ST-INC did not tender attendance and milage fees at the time the Subpoena was delivered. "Remote deposition by Planet Depos" is not a place for compliance under Federal Rule of Civil Procedure 45 as it fails to identify the place of the deposition.

Regarding ST-INC's command to produce documents, PRF objects to the date for compliance as ST-INC seeks information from PRF that it could obtain from Plaintiff The Trustees of Purdue University. PRF further objects to ST-INC's document requests because they violate

this Court's Standing Order Governing Proceedings in Patent Cases ("OGP") by demanding that PRF search through all its emails and other electronically stored information. For instance, ST-INC requests all "Communications" (defined in the Subpoena as including emails) about the patents-in-suit or the lawsuit. The OGP states that the "Court will not require general search and production of email or other electronically stored information (ESI), absent a showing of good cause." ST-INC has made no attempt to show good cause. Its requests are therefore inapposite for this reason as well.

Finally, Attachment A contains PRF's specific objections to ST-INC's document requests and Attachment B contains PRF's specific objections to ST-INC's deposition topics.

Dated: December 30, 2021

*/s/ Raphael Chabaneix*

Mark D. Siegmund
Texas Bar No. 24117055
mark@swclaw.com
**STECKLER WAYNE COCHRAN CHERRY, PLLC**
8416 Old McGregor Rd.
Waco, Texas 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689


Alfonso G. Chan (Texas 24012408)
Michael W. Shore (Texas 18294915)
Samuel E. Joyner (Texas 24036865)
Halima Shukri Ndai (Texas 24105486)
Raphael Chabaneix (Texas 24118352)
**SHORE CHAN LLP**
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: 214-593-9110
Facsimile: 214-593-9111
achan@shorechan.com
mshore@shorechan.com
sjoyner@shorechan.com
hndai@shorechan.com
rchabaneix@shorechan.com

***COUNSEL FOR NON-PARTY***
***PURDUE RESEARCH FOUNDATION***

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2021, the foregoing document with attachments

was served on Justin S. Cohen, of Holland & Knight, One Arts Plaza, 1722 Routh Street, Suite

1500, Dallas, TX 75201, (214) 969-1211, Justin.Cohen@hklaw.com, by email.


*/s/ Raphael Chabaneix*
Raphael Chabaneix

**ATTACHMENT A**

---

**KEY OF SPECIFIC OBJECTIONS**

[**REL**] Not relevant; [**PRP**] Not proportional; [**VAA**] Vague and ambiguous; [**OPP**] Overbroad, unduly burdensome, or oppressive; [**PRIV**] Calls for attorney-client privileged information; attorney work product privileged information; common interest privileged information; or any other applicable privilege; [**CTS**] Calls for confidential or trade  secret information; [**DUP**] Unreasonably cumulative/duplicative; [**PRE**] Calls for premature marshalling of evidence; [**EXP**] Calls for premature disclosure of expert opinions; [**DEF**] Defined term is overbroad; [**LEG**] Calls for legal conclusion; [**PUB**] Documents are public and the burden of obtaining them does not depend on the party

---

| Number | Text of Request | Objections | Further Response |
|--------|-----------------|------------|------------------|
| No. 1 | Documents sufficient to show Your relationship with Purdue. | REL PRP OPP PUB VAA | The term "relationship" is vague and ambiguous, and the information sought extends beyond the temporal scope of the instant case. Furthermore, PRF and Purdue are both sovereign instrumentalities of the State of Indiana and information as to their respective roles is publicly available, e.g. on PRF's website www.prf.org. To the extent that any of the documents sought are not already be public, ST-INC should direct a targeted request for them to Purdue. |

| Number | Text of Request | Objections | Further Response |
|---|---|---|---|
| No. 2 | Documents regarding Your policies and procedures regarding intellectual property from 2000 to the present. | REL<br>PRP<br>CTS<br>OPP | This Request impermissibly encompasses documents that are beyond of the scope of the subject-matter of the Asserted Patents (e.g., copyright policies, trademark procedures) and seeks confidential information beyond the temporal scope of the instant case. |
| No. 3 | Documents sufficient to show Your policies, procedures, and strategies for selling, licensing, and transferring intellectual property from 2000 to the present. | REL<br>PRP<br>DUP<br>CTS<br>OPP | This Request is duplicative of Request No. 2. |
| No. 4 | Documents sufficient to show Your sources of government funding from 2003 to present. | REL<br>OPP<br>PUB | The sources of the government funding received by PRF are not relevant to the instant case. They can, in any event, be identified using the information made public by the various Federal and State entities involved, without requiring PRF to produce internal records within the unduly short timeframe required by the Subpoena. |

| Number | Text of Request | Objections | Further Response |
|---|---|---|---|
| No. 5 | All Documents and Communications relating to each Asserted Patent or any Related Patent, including drafts of each provisional and non-provisional application leading to each the Asserted Patent, and all documents that reference or discuss each Asserted Patent or any Related Patent. | PRIV CTS OPP | PRF will search for and attempt to produce nonprivileged documents, if any exist, concerning the information requested. It is, nevertheless, unduly burdensome to require the production of any such document by January 10, 2022.<br><br>This Request seeks all "Communications". "Communications" are defined by the Subpoena to include "emails". Pursuant to the OGP, ST-INC must first show good cause before requesting a targeted search of emails and other Electronically Stored Information ("ESI"). It has made no attempt to do so. |
| No. 6 | For each Asserted Patent, all Documents and Communications relating to the conception, reduction to practice, development, or testing of any subject matter claimed in that patent, including, but not limited to, engineering and laboratory notebooks, invention disclosure forms, correspondence, log books, record books, memoranda, design reviews, progress reports, technical reports, drawings, schematics, specifications, process flows, diagrams, computer records, diaries, calendars, test results, invention disclosure forms, or other files. | PRIV OPP | PRF will search for and attempt to produce nonprivileged documents, if any exist, concerning the information requested. It is, nevertheless, unduly burdensome to require the production of any such documents by January 10, 2022.<br><br>This Request seeks all "Communications". "Communications" are defined by the Subpoena to include "emails". Pursuant to the OGP, ST INC must first show good cause before requesting a targeted search of emails and other ESI. It has made no attempt to do so. |

| Number | Text of Request | Objections | Further Response |
|---|---|---|---|
| No. 7 | All Communications sent by or received by Dr. James Cooper discussing, relating to, or concerning the Asserted Patents or subject matter relating to the inventions claimed by the Asserted Patents from 2000 to Present. | PRIV CTS VAA OPP | PRF will search for and attempt to produce nonprivileged (or otherwise confidential) documents, if any exist, concerning the information requested. It is, nevertheless, unduly burdensome to require the production of any such documents by January 10, 2022.<br><br>This Request includes unclear categories such as "Communications discussing, relating to, or concerning …. subject matter relating to the inventions" claimed in the patents-in-suit.<br><br>This Request seeks all "Communications". "Communications" are defined by the Subpoena to include "emails". Pursuant to the OGP, ST INC must first show good cause before requesting a targeted search of emails and other ESI. It has made no attempt to do so. |
| No. 8 | All Communications sent by or received by Asmita Saha discussing, relating to, or concerning the Asserted Patents or subject matter relating to the inventions claimed by the Asserted Patents from 2000 to Present. | PRIV OPP | PRF will search for and attempt to produce nonprivileged documents, if any exist, concerning the information requested. It is, nevertheless, unduly burdensome to require the production of any such documents by January 10, 2022.<br><br>This Request seeks all "Communications". "Communications" are defined by the Subpoena to include "emails". Pursuant to the OGP, ST INC must first show good cause before requesting a targeted search of emails and other ESI. It has made no attempt to do so. |

| Number | Text of Request | Objections | Further Response |
|--------|-----------------|------------|------------------|
| No. 9 | All Communications sent by or received by Dr. Brooke Beier discussing, relating to, or concerning the Asserted Patents or subject matter relating to the inventions claimed by the Asserted Patents from 2000 to Present. | PRIV OPP | PRF will search for and attempt to produce nonprivileged documents, if any exist, concerning the information requested. It is, nevertheless, unduly burdensome to require the production of any such documents by January 10, 2022.<br><br>This Request seeks all "Communications". "Communications" are defined by the Subpoena to include "emails". Pursuant to the OGP, ST INC must first show good cause before requesting a targeted search of emails and other ESI. It has made no attempt to do so. |
| No. 10 | For each Asserted Patent, all invention disclosures or other documents relating to the decision to seek patent protection for any subject matter claimed in that patent. | PRIV CTS OPP DUP | This Request is duplicative of Requests Nos. 5 and 6.<br><br>PRF will search for and attempt to produce nonprivileged documents, if any exist, concerning the information requested. It is, nevertheless, unduly burdensome to require the production of any such documents by January 10, 2022. |

| Number | Text of Request | Objections | Further Response |
|---|---|---|---|
| No. 11 | All documents and correspondence relating to the Invention Record and Disclosure Form with a Disclosure Title of "Optimized Vertical Power DMOSFETs in Silicon Carbide," including the one dated December 19, 2004, which includes the reference number 64281. | PRIV<br>OPP<br>DUP | This Request is duplicative of Requests 5 and 10. |
| No. 12 | All documents and correspondence regarding all sources of funding for the research leading to the Asserted Patents, including, but not limited to, all agreements, proposals, reports, design reviews, drawings, schematics, process flows, test procedures, test results, and other records. | PRIV<br>CTS<br>OPP | PRF will search for and attempt to produce nonprivileged (or otherwise confidential) documents, if any exist, concerning the information requested. It is, nevertheless, unduly burdensome to require the production of any such documents by January 10, 2022. |

| Number | Text of Request | Objections | Further Response |
|--------|-----------------|------------|------------------|
| No. 13 | All Documents relating to DARPA/MTO Grant No. N00014-02-1-0628, including but not limited to: a. agreements and/or contracts with DARPA/MTO relating to Grant No. N00014-02-1-0628; b. equests [sic] for proposals (RFPs), responses to any RFPs, or proposals relating to Grant No. N00014-02-1-0628; c. policies set forth by DARPA/MTO to be followed for work or research performed under Grant No. N00014-02-1-0628; d. all reviews, presentations, and status updates by You or Purdue to DARPA, MTO, or anyone else, pursuant to or related to Grant No. N00014-02-1-0628; e. all Communications with DARPA, MTO, or anyone else, pursuant to or related to Grant No. N00014-02-1-0628; f. all invention disclosure documentation under DARPA/MTO Grant No. N00014-02-1-0628; and g. all documents relating to the fulfillment or non-fulfillment of any terms of Contract/Grant No. N00014-02-1-0628. | PRIV CTS OPP | PRF will search for and attempt to produce nonprivileged (or otherwise confidential) documents, if any exist, concerning the information requested. It is, nevertheless, unduly burdensome to require the production of any such documents by January 10, 2022.<br><br>This Request seeks all "Communications". "Communications" are defined by the Subpoena to include "emails". Pursuant to the OGP, ST INC must first show good cause before requesting a targeted search of emails and other ESI. It has made no attempt to do so. |

| Number | Text of Request | Objections | Further Response |
|---|---|---|---|
| No. 14 | All Documents relating to Contract/Grant No. W56HZV-06-0228 awarded by the U.S. Army TACOM LCMC, including but not limited to: a. agreements and/or contracts with US ARMY relating to Contract/Grant No. W56HZV-06-0228; b. requests for proposals (RFPs), responses to any RFPs, or proposals relating to Contract/Grant No. W56HZV-06-0228; a [sic] c. all policies set forth by US Army to be followed for work or research performed under Contract/Grant No. W56HZV-06-0228; d. all reviews and presentations to US Army, or any other government entity, pursuant to or for Contract/Grant No. W56HZV-06-0228; e. all Communications with the US Army, or anyone else, pursuant to or for Contract/Grant No. W56HZV-06-0228; f. all invention disclosure documentation under Contract/Grant No. W56HZV-06-0228; and g. all documents relating to the fulfillment or non-fulfillment of any terms of Contract/Grant No. W56HZV-06-0228. | PRIV CTS OPP | PRF will search for and attempt to produce nonprivileged (or otherwise confidential) documents, if any exist, concerning the information requested. It is, nevertheless, unduly burdensome to require the production of any such documents by January 10, 2022.

This Request seeks all "Communications". "Communications" are defined by the Subpoena to include "emails". Pursuant to the OGP, ST INC must first show good cause before requesting a targeted search of emails and other ESI. It has made no attempt to do so. |

| Number | Text of Request | Objections | Further Response |
|--------|-----------------|------------|------------------|
| No. 15 | All Documents relating to Contract/Grant No. N00014-05-1-0437 awarded by DARPA, including but not limited to:<br>a. agreements and/or contracts with DARPA relating to Grant No. N00014-05-1-0437;<br>b. requests for proposals (RFPs), responses to any RFPs, or proposals relating to Grant No. N00014-05-1-0437;<br>c. all policies set forth by DARPA to be followed for work or research performed under Contract/Grant No. N00014-05-1-0437;<br>d. all reviews and presentations by You or Purdue to DARPA, MTO, or any other government entity;<br>e. all with DARPA, MTO, or anyone else relating to Contract/Grant No. N00014-05-1-0437;<br>f. all invention disclosure documentation under Contract/Grant No. N00014-05-1-0437; and<br>g. all documents relating to the fulfillment or non-fulfillment of any terms of Contract/Grant No. N00014-05-1-0437. | PRIV<br>CTS<br>OPP | PRF will search for and attempt to produce nonprivileged (or otherwise confidential) documents, if any exist, concerning the information requested. It is, nevertheless, unduly burdensome to require the production of any such documents by January 10, 2022. |

| Number | Text of Request | Objections | Further Response |
|--------|-----------------|------------|------------------|
| No. 16 | All Documents relating to funding of research by Dr. James Cooper and/or Asmita Saha related to the technology that is the subject matter of the Asserted Patents, including but not limited to, sources of funding of Dr. Cooper's research, sources of funding of Asmita Saha's research, and funds awarded to support Dr. Cooper's or Asmita Saha's research, including monies awarded by any government or state entity, public or privately owned entity, or any individual person. | REL PRP VAA PRIV CTS OPP | This Request seeks production of documents regarding the funding of the inventors' research "related" to the "technology" that is the "subject matter" of the patents-in-suit. It is unclear what part of the research conducted by the inventors in the relevant field(s) is envisioned by this Request. This ambiguity heightens the undue burden on PRF to search for and provide any non-privileged, non-confidential documents under the unreasonable deadline of January 10, 2022. |
| No. 17 | For each Asserted Patent, all documents relating to the circumstances surrounding the decision to develop any subject matter claimed in that patent, including, but not limited to documents relating to the problems addressed and any alternative solutions, the state of the technology at the time, prior art searching, and the time, money, and effort involved in development. | PRIV OPP DUP | This Request is duplicative of Requests Nos. 5 and 10. |

| Number | Text of Request | Objections | Further Response |
|--------|-----------------|------------|------------------|
| No. 18 | For each Asserted Patent, all documents relating to the preparation, filing, or prosecution of any application in connection with that patent or any Related Patent, including all drafts and drawings, all prior art searching, and all correspondence with any prosecuting attorney or other individual named as an inventor on that patent or any individual associated with the filing and prosecution of a patent application. | PRIV OPP DUP REL | This Request is duplicative of Requests Nos. 5 and 10. It also seeks irrelevant information with respect to the "Related Patents". Those patents are not implicated in the instant case. |
| No. 19 | For each Asserted Patent, all documents relating to any Prior Art searches, Prior Art collected, identified, or considered in connection with that patent by you or anyone else involved in the preparation, filing, or prosecution of any application that led to that patent, including documents relating to the circumstances through which the Prior Art was identified. | PRIV OPP DUP | This Request is duplicative of Requests Nos. 5 and 10. |

| Number | Text of Request | Objections | Further Response |
|--------|----------------|------------|------------------|
| No. 20 | For each Asserted Patent, all documents relating to any written description, communication, or drawing of any subject matter claimed in that patent that was made or prepared before the patent application was filed. | PRIV OPP DUP | This Request is duplicative of Requests Nos. 5 and 10. |
| No. 21 | For each Asserted Patent, all documents relating to the identification, selection, or determination of who to name as an inventor. | PRIV OPP DUP | This Request is duplicative of Requests Nos. 5 and 10. |

| Number | Text of Request | Objections | Further Response |
|---|---|---|---|
| No. 22 | All documents and correspondence relating to the assignment of, ownership of, licenses to, or other rights in or to each Asserted Patent or Related Patent. | PRIV<br>CTS<br>OPP<br>REL<br>DUP | This Request is duplicative of Requests Nos. 5 and 10.<br><br>It seeks irrelevant information with respect to the "Related Patents". Those patents are not implicated in the instant case. |
| No. 23 | All documents and correspondence regarding the assignment of rights in the Asserted Patents from the Named Inventors to You. | PRIV<br>CTS<br>OPP<br>DUP | This Request is duplicative of Request No. 22. |

| Number | Text of Request | Objections | Further Response |
|--------|-----------------|------------|------------------|
| No. 24 | All documents and correspondence regarding a license, right to use, or any other rights to the Asserted Patents held by the U.S. or any department, agency or branch of the U.S. (including, but not limited to, the US ARMY, DARPA, MTO). | PRIV CTS OPP DUP | This Request is duplicative of Request No. 22. |
| No. 25 | For each Asserted Patent, all documents relating to any sale, offer to sell, manufacture, use, or importation of any subject matter claimed in that patent that was made or prepared before the patent application was filed. | PRIV CTS OPP DUP | This Request is duplicative of Requests 5 and 10. |

| Number | Text of Request | Objections | Further Response |
|--------|-----------------|------------|------------------|
| No. 26 | For each Asserted Patent, all documents relating to any technical or scientific writings or speeches related to any subject matter claimed in that patent, whether published or not. | VAA REL PRIV OPP DUP | This Request seeks documents "relating to" certain writings/speeches that are themselves "related to" the subject matter of the patents-in-suit. As such, the bounds of the information sought are unclear, as is the relevance of information that is so distantly related to the instant case.<br><br>To the extent that this Request may pertain to relevant documents, it appears to seek a subset of the information demanded in Requests Nos. 5 and 10. |
| No. 27 | All employment or other contractual agreements between You and the Named Inventors. | PRIV CTS OPP | PRF will search for and attempt to produce nonprivileged (or otherwise confidential) documents, if any exist, concerning the information requested. It is, nevertheless, unduly burdensome to require the production of any such documents by January 10, 2022. |

| Number | Text of Request | Objections | Further Response |
|---|---|---|---|
| No. 28 | Any agreements or other documents relating to the subject matter or outcome of the Lawsuit, including agreements reflecting any financial or other compensation or interest to be received directly or indirectly by You. | PRIV CTS OPP | PRF will search for and attempt to produce nonprivileged (or otherwise confidential) documents, if any exist, concerning the information requested. It is, nevertheless, unduly burdensome to require the production of any such documents by January 10, 2022. |
| No. 29 | All Documents and Communications related to any investigation into whether any of Defendants' products potentially infringe any of the Asserted Patents. | PRIV CTS OPP | PRF has no non-privileged information responsive to this Request and will therefore not produce any documents in response."Communications". "Communications" are defined by the Subpoena |

| Number | Text of Request | Objections | Further Response |
|---|---|---|---|
| No. 30 | All Documents and Communications related to the Lawsuit. | PRIV CTS OPP DUP | This Request is duplicative of Request No. 28.<br><br>PRF will search for and attempt to produce nonprivileged (or otherwise confidential) documents, if any exist, concerning the information requested. It is, nevertheless, unduly burdensome to require the production of any such documents by January 10, 2022.<br><br>This Request seeks all "Communications". "Communications" are defined by the Subpoena to include "emails". Pursuant to the OGP, ST INC must first show good cause before requesting a targeted search of emails and other ESI. It has made no attempt to do so. |
| No. 31 | All Communications between You and Purdue or any attorney representing Purdue regarding the Asserted Patents or the Lawsuit. | PRIV CTS OPP DUP | This Request is duplicative of Requests Nos. 5 and 30.<br><br>This Request seeks all "Communications". "Communications" are defined by the Subpoena to include "emails". Pursuant to the OGP, ST INC must first show good cause before requesting a targeted search of emails and other ESI. It has made no attempt to do so. |

| Number | Text of Request | Objections | Further Response |
|--------|-----------------|------------|------------------|
| No. 32 | All Communications between You and any person acting on behalf of the Shore Chan law firm. | PRIV<br>CTS<br>OPP<br>DUP | PRF has no non-privileged information responsive to this Request and will therefore not produce any documents in response."Communications". "Communications" are defined by the Subpoena |
| No. 33 | All Documents and Communications related to the licensing of semiconductor technology, including licensing of the Asserted Patents and Related Patents. | REL<br>VAA<br>PRP<br>PRIV<br>CTS<br>OPP<br>DUP | This Request is duplicative of Request No. 22.<br><br>This Request impermissibly envisions PRF providing, by January 10, 2022, all its documents relating to its licensing of any and all semiconductor technology within its purview, the vast majority of which is not at play in the instant case.<br><br>This Request seeks all "Communications". "Communications" are defined by the Subpoena to include "emails". Pursuant to the OGP, ST INC must first show good cause before requesting a targeted search of emails and other ESI. It has made no attempt to do so. |

| Number | Text of Request | Objections | Further Response |
|---|---|---|---|
| No. 34 | All Documents and Communications related to the transfer of the Asserted Patents from You to Purdue, including any memos, meeting minutes, reports, or correspondence regarding the decision to transfer the Asserted Patents from You to Purdue. | PRIV CTS OPP DUP | This Request is Duplicative of Request No. 22. This Request seeks all "Communications". "Communications" are defined by the Subpoena to include "emails". Pursuant to the OGP, ST INC must first show good cause before requesting a targeted search of emails and other ESI. It has made no attempt to do so. |
| No. 35 | All Correspondence involving Kenneth J. Waite regarding the Asserted Patents, the Lawsuit, Defendants, and the assignment of the Asserted Patents from You to Plaintiff. | PRIV CTS OPP DUP | This Request is duplicative of Requests No. 5, 10, 30 and 31. |

| Number | Text of Request | Objections | Further Response |
|---|---|---|---|
| No. 36 | All Documents that attempt to analyze the Asserted Patents, the subject matter claimed by the Asserted Patents, the market for the inventions claimed in the Asserted Patents, potential licensing strategies for the Asserted Patents, the identification of potential infringers of the Asserted Patents, or potential licensees of the Asserted Patents. | PRIV CTS OPP DUP | This Request is duplicative of Request Nos. 5, 10 and 22. |
| No. 37 | Documents and Communications relating to the funding of the Lawsuit, including documents regarding whether Indiana taxpayers provide monies used to fund such litigation. | PRIV OPP | PRF will search for and attempt to produce nonprivileged documents, if any exist, concerning the information requested. It is, nevertheless, unduly burdensome to require the production of any such documents by January 10, 2022.<br><br>This Request seeks "Communications". "Communications" are defined by the Subpoena to include "emails". Pursuant to the OGP, ST INC must first show good cause before requesting a targeted search of emails and other ESI. It has made no attempt to do so. |

| Number | Text of Request | Objections | Further Response |
|--------|-----------------|------------|------------------|
| No. 38 | All Documents and Communications related to the attempted commercial use of the technology described in the Asserted Patents and the Related Patents. | VAA REL PRIV OPP | This Request seeks information pertaining to the vague and ambiguous "attempted commercial use" of the "technology described in" the "Related Patents". Said "Related Patents" are not implicated in the instant case.<br><br>PRF will search for and attempt to produce nonprivileged documents, if any exist, concerning the information requested in respect of the "Asserted Patents". It is, nevertheless, unduly burdensome to require the production of any such documents by January 10, 2022.<br><br>This Request seeks all "Communications". "Communications" are defined by the Subpoena to include "emails". Pursuant to the OGP, ST INC must first show good cause before requesting a targeted search of emails and other ESI. It has made no attempt to do so. |

| Number | Text of Request | Objections | Further Response |
|--------|-----------------|------------|------------------|
| No. 39 | All Documents and Communications regarding discussions with Cree, Inc. Northrup-Grumman, Rockwell, General Electric, and any other company about the inventions claimed in the Asserted Patents, as well as all communications about potentially developing products based on the alleged inventions. | PRIV CTS OPP | PRF will search for and attempt to produce nonprivileged (or otherwise confidential) documents, if any exist, concerning the information requested. It is, nevertheless, unduly burdensome to require the production of any such documents by January 10, 2022.<br><br>This Request seeks all "Communications". "Communications" are defined by the Subpoena to include "emails". Pursuant to the OGP, ST INC must first show good cause before requesting a targeted search of emails and other ESI. It has made no attempt to do so. |

| Number | Text of Request | Objections | Further Response |
|--------|-----------------|------------|------------------|
| No. 40 | All Documents and Communications regarding any prototype devices utilizing the claimed inventions of the Asserted Patents, including all process flows, GDS data, fabrication plans, demonstration devices, and reports regarding the same. | PRIV OPP | PRF will search for and attempt to produce nonprivileged documents, if any exist, concerning the information requested. It is, nevertheless, unduly burdensome to require the production of any such documents by January 10, 2022.<br><br>This Request seeks all "Communications". "Communications" are defined by the Subpoena to include "emails". Pursuant to the OGP, ST INC must first show good cause before requesting a targeted search of emails and other ESI. It has made no attempt to do so. |

| Number | Text of Request | Objections | Further Response |
|--------|-----------------|------------|------------------|
| No. 41 | All drafts, communications, studies, and data relating to the PhD thesis proposal of Asmita Saha. | PRIV OPP | PRF will search for and attempt to produce nonprivileged documents, if any exist, concerning the information requested. It is, nevertheless, unduly burdensome to require the production of any such documents by January 10, 2022.<br><br>This Request seeks all "Communications". "Communications" are defined by the Subpoena to include "emails", as well as "data" (which comprises ESI). Pursuant to the OGP, ST INC must first show good cause before requesting a targeted search of emails and other ESI. It has made no attempt to do so. |

| Number | Text of Request | Objections | Further Response |
|--------|-----------------|------------|------------------|
| No. 42 | All Communications between you and any third party regarding the Asserted Patents. | PRIV<br>OPP<br>DUP | This Request is duplicative of Request No. 5.<br><br>This Request seeks all "Communications". "Communications" are defined by the Subpoena to include "emails". Pursuant to the OGP, ST INC must first show good cause before requesting a targeted search of emails and other ESI. It has made no attempt to do so. |
| **Number** | **Text of Request** | **Objections** | **Further Response** |

| Number | Text of Request | Objections | Further Response |
|--------|-----------------|------------|------------------|
| No. 43 | A colored copy of the Final Technical Report authored by Professor James A. Cooper, Jr. and titled "Development of SiC Power MOSFETs with Low On-Resistance for Military and Commercial Applications" and dated March 31, 2003. | OPP | PRF will search for and attempt to produce this document if it is within its possession, custody or control. It is, nevertheless, unduly burdensome to require the production this document by January 10, 2022. |

| Number | Text of Request | Objections | Further Response |
|---|---|---|---|
| No. 44 | All records of Professor James A. Cooper and Asmita Saha attending technical conferences related to semiconductor technology. | PRIV<br>OPP<br>PUB | PRF will not search for publicly available information, which are currently not within PRF's custody or control. |

| Number | Text of Request | Objections | Further Response |
|--------|-----------------|------------|------------------|
| No. 45 | All records of Professor James A. Cooper and Asmita Saha receiving technical books, journals, or articles related to semiconductor technology. | PRIV OPP PUB | PRF will not search for publicly available information, which are currently not within PRF's custody or control. |

| Number | Text of Request | Objections | Further Response |
|--------|-----------------|------------|------------------|
| No. 46 | All Documents and Communications related to any analysis of any of Defendants' Power MOSFET products from 2000 to the present. | VAA REL PRIV CTS OPP | The scope of this Request is unclear as to the nature of the products and the analysis concerned, particularly as to whether it is the analysis or the products that must originate between 2000 and the present.<br><br>The Request encompasses products and analyses that are not relevant to the dispute, as all of the Defendants' non-Silicon Carbide "Power MOSFET products" are unconcerned by the instant case.<br><br>It is, in any event, unduly burdensome to require PRF to produce any non-privileged (or otherwise confidential) relevant responsive document by January 10, 2022.<br><br>This Request seeks all "Communications". "Communications" are defined by the Subpoena to include "emails". Pursuant to the OGP, ST INC must first show good cause before requesting a targeted search of emails and other ESI. It has made no attempt to do so. |

| Number | Text of Request | Objections | Further Response |
|--------|-----------------|------------|------------------|
| No. 47 | All Documents and Communications related to any analysis of any of Cree's Power MOSFET products from 2000 to the present. | VAA<br>REL<br>PRIV<br>CTS<br>OPP | PRF will not search for and produce any documents in response to this Request."Communications". "Communications" are defined by the Subpoena |

**ATTACHMENT B**

---

**KEY OF SPECIFIC OBJECTIONS**

[**REL**] Not relevant; [**PRP**] Not proportional; [**VAA**] Vague and ambiguous; [**OPP**] Overbroad, unduly burdensome, or oppressive; [**PRIV**] Calls for attorney-client privileged information; attorney work product privileged information; common interest privileged information; or any other applicable privilege; [**CTS**] Calls for confidential or trade  secret information; [**DUP**] Unreasonably cumulative/duplicative; [**PRE**] Calls for premature marshalling of evidence; [**EXP**] Calls for premature disclosure of expert opinions; [**DEF**] Defined term is overbroad; [**LEG**] Calls for legal conclusion; [**PUB**] Documents are public and the burden of obtaining them does not depend on the party

---

| Number | Text of Topic | Objections | Further Response |
|---|---|---|---|
| No. 1 | Your relationship with Purdue from 2000 to the present. | REL<br>PRP<br>PUB<br>VAA<br>OPP | PRF and Purdue's "relationship" (however construed) since the year 2000 would extend beyond the timeframe of the patent dispute and could encompass issues that are not germane to the case<br><br>PRF and Purdue are both sovereign instrumentalities of the State of Indiana and information as to their respective roles is publicly available, notably on PRF's website www.prf.org, without the need to request testimony from PRF.<br><br>Furthermore, it is unclear what "relationship" is meant in this request and therefore what information would be required of PRF's designated witness(es) in this regard.<br><br>The Subpoena fails to specify the place for PRF's deposition, as required by Federal Rule of Civil Procedure 45(a)(1)(A)(iii). Furthermore, this Topic fails reasonably to inform PRF of the precise subject matter to which one or more PRF corporate witnesses would testify. |

| Number | Text of Topic | Objections | Further Response |
|--------|---------------|------------|------------------|
| No. 2 | Your relationship to Dr. James A. Cooper and Asmita Saha from 2000 to the present. | REL PRP VAA OPP | PRF "relationship" with Drs. Cooper and Saha (however construed) since the year 2000 extends beyond the timeframe of the patent dispute and could encompasses issues that are not germane to the case.<br><br>As the term "relationship" is vague, PRF is not in a position to designate a corporate witness to testify on this topic without further clarification.<br><br>The Subpoena fails to specify the place for PRF's deposition, as required by Federal Rule of Civil Procedure 45(a)(1)(A)(iii). Furthermore, this Topic fails reasonably to inform PRF of the precise subject matter to which one or more PRF corporate witnesses would testify. |
| No. 3 | Your intellectual property policies, procedures, and licensing strategies from 2000 to the present. | REL VAA PRIV CTS OPP | The metes and bounds of this topic are unclear. It is apparent, however, that the request impermissibly encompasses documents that are beyond of the scope of the subject-matter of any patent dispute (e.g. copyright policies, trademark procedures) and contain confidential information, including (but not limited to) PRF's technology commercialization processes.<br><br>It also spans a time period far in excess of the temporal scope of the instant case.<br><br>The Subpoena fails to specify the place for PRF's deposition, as required by Federal Rule of Civil Procedure 45(a)(1)(A)(iii). Furthermore, this Topic fails reasonably to inform PRF of the precise subject matter to which one or more PRF corporate witnesses would testify. |

| Number | Text of Topic | Objections | Further Response |
|--------|--------------|-----------|------------------|
| No. 4 | All agreements, licenses, assignments, and other contracts relating to the Asserted Patents. | CTS OPP | As a public research institution of the State of Indiana, PRF was closed (as ST-INC knew or reasonably should have known) for the winter holidays for much of the time needed to designate and provide one or more corporate witness(es) on this topic by January 26, 2022. |
| No. 5 | The identity of each person or entity that has or had any interest (e.g., license, security interest, ownership, contingent-fee arrangement, expectation of a percentage of royalties, etc.) in the Asserted Patent, as well as the scope of each person's or entity's interest. | CTS OPP | As a public research institution of the State of Indiana, PRF was closed (as ST-INC knew or reasonably should have known) for the winter holidays for much of the time needed to designate and provide one or more corporate witness(es) on this topic by January 26, 2022. |

| Number | Text of Topic | Objections | Further Response |
|--------|---------------|------------|------------------|
| No. 6 | The research conducted by Dr. James A. Cooper and Asmita Saha from 2000-2008 leading to the Asserted Patents. | OPP | As a public research institution of the State of Indiana, PRF was closed (as ST-INC knew or reasonably should have known) for the winter holidays for much of the time needed to designate and provide one or more corporate witness(es) on this topic by January 26, 2022. |
| No. 7 | All sources of funding for the research that led to the Asserted Patents. | OPP | As a public research institution of the State of Indiana, PRF was closed (as ST-INC knew or reasonably should have known) for the winter holidays for much of the time needed to designate and provide one or more corporate witness(es) on this topic by January 26, 2022. |

| Number | Text of Topic | Objections | Further Response |
|--------|---------------|------------|------------------|
| No. 8 | The terms of all agreements relating to the eventual transfer of the Asserted Patents from You to Purdue. | PRIV<br>LEG<br>OPP | As a public research institution of the State of Indiana, PRF was closed (as ST-INC knew or reasonably should have known) for the winter holidays for much of the time needed to designate and provide one or more corporate witness(es) on this topic by January 26, 2022. |
| No. 9 | Your relationship, if any, to the Litigation, including whether You expect to receive any funds derived from the Litigation or licensing the Asserted Patents. | PRIV<br>OPP | As a public research institution of the State of Indiana, PRF was closed (as ST-INC knew or reasonably should have known) for the winter holidays for much of the time needed to designate and provide one or more corporate witness(es) on this topic by January 26, 2022. |

| Number | Text of Topic | Objections | Further Response |
|--------|---------------|------------|------------------|
| No. 10 | Your technical and financial evaluations of the Asserted Patents. | PRIV OPP | As a public research institution of the State of Indiana, PRF was closed (as ST-INC knew or reasonably should have known) for the winter holidays for much of the time needed to designate and provide one or more corporate witness(es) on this topic by January 26, 2022. |
| No. 11 | Your attempts to commercialize the claimed inventions of the Asserted Patents, including all attempts to partner with governmental or commercial entities. | PRIV CTS OPP | As a public research institution of the State of Indiana, PRF was closed (as ST-INC knew or reasonably should have known) for the winter holidays for much of the time needed to designate and provide one or more corporate witness(es) on this topic by January 26, 2022. |

| Number | Text of Topic | Objections | Further Response |
|--------|---------------|------------|------------------|
| No. 12 | Your plans and strategies to commercialize, license, sell, assert, or otherwise derive revenue from the Asserted Patents. | PRIV CTS OPP | As a public research institution of the State of Indiana, PRF was closed (as ST-INC knew or reasonably should have known) for the winter holidays for much of the time needed to designate and provide one or more corporate witness(es) on this topic by January 26, 2022. |
| No. 13 | The contents of any documents produced by You in response to this subpoena, including subject matter related to the contends [sic] of such documents. | VAA OPP | The Subpoena fails to specify the place for PRF's deposition, as required by Federal Rule of Civil Procedure 45(a)(1)(A)(iii). Furthermore, this Topic fails reasonably to inform PRF of the precise subject matter to which one or more PRF corporate witnesses would testify. |

| Number | Text of Topic | Objections | Further Response |
|--------|---------------|------------|------------------|
| No. 14 | The authentication of any documents produced by You in response to this subpoena. | OPP | PRF has objected to all of the Requests listed in the Subpoena, as such it is not in a position to designate and provide one or more corporate witness(es) on this topic by January 26, 2022. |