# Exhibit A-9

| | |
|---|---|
| **From:** | Michael Shore |
| **To:** | Cohen, Justin S (DAL - X61211) |
| **Cc:** | Team-Purdue-ST |
| **Subject:** | RE: Trustees of Purdue University v. STMicroelectronics N.V., et al; Case No. 6:21-cv-00727-ADA |
| **Date:** | Friday, January 14, 2022 1:07:47 PM |
| **Attachments:** | image001.png |

*[External email]*

Shukri can handle and the conference on discovery opening is topic one. You can say no in 5 seconds, but there will be no conference on the subpoenas first. The issue on the subpoenas should be tabled until the Court decides on opening discovery. If he opens it, most objections become moot. We will have the conference, but if you file something in the issuing courts, we will ask those judges to defer until Judge Albright rules on opening discovery or limiting ST's efforts to take affiliated party discovery. These issues have a natural sequence. To the extent you are trying to disrupt that natural sequence, its because you know you are wrong or are just vexatiously multiplying the proceedings needlessly. Let Judge Albright rule on the scope of discovery after he knows what ST is doing. His ruling will determine to a great extent the outcome of any subpoena issues. Horse after cart, Justin.

**From:** Cohen, Justin S (DAL - X61211) <Justin.Cohen@hklaw.com>
**Sent:** Friday, January 14, 2022 12:58 PM
**To:** Michael Shore <mshore@shorechan.com>
**Cc:** Alicia Cary-Howell <acary-howell@shorechan.com>; Halima Shukri Ndai <hndai@shorechan.com>; Sostek, Bruce S (DAL - X61234) <Bruce.Sostek@hklaw.com>; Wynne, Richard L (DAL - X61386) <Richard.Wynne@hklaw.com>; Max Ciccarelli <Max@CiccarelliLawFirm.com>; Raphael Chabaneix <rchabaneix@shorechan.com>; Mark Siegmund <mark@swclaw.com>; Alfonso Chan <achan@shorechan.com>; Chiji Offor <coffor@shorechan.com>
**Subject:** RE: Trustees of Purdue University v. STMicroelectronics N.V., et al; Case No. 6:21-cv-00727-ADA

CAUTION: External Email!
Michael - we can conference on Purdue's renewed request to open party discovery after we complete the meet-and-confers on the third party subpoenas. Please let us know when your team is available next week.

Thank you,

~Justin

**Justin S. Cohen** | **Holland & Knight**
Direct 214.969.1211 | Cell 214.605.1993
Add to address book | View professional biography

**From:** Michael Shore <mshore@shorechan.com>
**Sent:** Thursday, January 13, 2022 11:20 AM

**To:** Cohen, Justin S (DAL - X61211) <Justin.Cohen@hklaw.com>
**Cc:** Alicia Cary-Howell <acary-howell@shorechan.com>; Halima Shukri Ndai <hndai@shorechan.com>; Sostek, Bruce S (DAL - X61234) <Bruce.Sostek@hklaw.com>; Wynne, Richard L (DAL - X61386) <Richard.Wynne@hklaw.com>; Max Ciccarelli <Max@CiccarelliLawFirm.com>; Raphael Chabaneix <rchabaneix@shorechan.com>; Mark Siegmund <mark@swclaw.com>; Alfonso Chan <achan@shorechan.com>; Chiji Offor <coffor@shorechan.com>
**Subject:** RE: Trustees of Purdue University v. STMicroelectronics N.V., et al; Case No. 6:21-cv-00727-ADA

*[External email]*
Justin,

No conference on the subpoenas without a conference on opening discovery generally. When you have times to do both, we can set up the conference call. If ST insists on taking affiliated third party discovery, Purdue will present the issue to the Court next week and note your refusal to conference.

Michael

---

**From:** Cohen, Justin S (DAL - X61211) <Justin.Cohen@hklaw.com>
**Sent:** Thursday, January 13, 2022 10:47 AM
**To:** Michael Shore <mshore@shorechan.com>
**Cc:** Alicia Cary-Howell <acary-howell@shorechan.com>; Halima Shukri Ndai <hndai@shorechan.com>; Sostek, Bruce S (DAL - X61234) <Bruce.Sostek@hklaw.com>; Wynne, Richard L (DAL - X61386) <Richard.Wynne@hklaw.com>; Max Ciccarelli <Max@CiccarelliLawFirm.com>; Raphael Chabaneix <rchabaneix@shorechan.com>; Mark Siegmund <mark@swclaw.com>; Alfonso Chan <achan@shorechan.com>; Chiji Offor <coffor@shorechan.com>
**Subject:** RE: Trustees of Purdue University v. STMicroelectronics N.V., et al; Case No. 6:21-cv-00727-ADA

CAUTION: External Email!
Thank you for the prompt response Michael. I appreciate your willingness to meet-and-confer soon on these third party subpoenas. What times are you and your team available tomorrow, Monday, and Wednesday to meet for 1-2 hours?

I expect to get back to you later today about your request to meet-and-confer on Purdue's renewed request to open party discovery.

Thank you,

~Justin

**Justin S. Cohen | Holland & Knight**
Direct 214.969.1211 | Cell 214.605.1993

Add to address book | View professional biography

---

**From:** Michael Shore <mshore@shorechan.com>
**Sent:** Thursday, January 13, 2022 9:44 AM
**To:** Cohen, Justin S (DAL - X61211) <Justin.Cohen@hklaw.com>; Raphael Chabaneix <rchabaneix@shorechan.com>; Mark Siegmund <mark@swclaw.com>; Alfonso Chan <achan@shorechan.com>; Chiji Offor <coffor@shorechan.com>
**Cc:** Alicia Cary-Howell <acary-howell@shorechan.com>; Halima Shukri Ndai <hndai@shorechan.com>; Sostek, Bruce S (DAL - X61234) <Bruce.Sostek@hklaw.com>; Wynne, Richard L (DAL - X61386) <Richard.Wynne@hklaw.com>; Max Ciccarelli <Max@CiccarelliLawFirm.com>
**Subject:** RE: Trustees of Purdue University v. STMicroelectronics N.V., et al; Case No. 6:21-cv-00727-ADA

*[External email]*
When does ST want to conference on opening discovery entirely? This needs to be done. There will be no conference on the subpoenas without a conference on opening discovery generally.

---

**From:** Cohen, Justin S (DAL - X61211) <Justin.Cohen@hklaw.com>
**Sent:** Wednesday, January 12, 2022 8:59 PM
**To:** Raphael Chabaneix <rchabaneix@shorechan.com>; Mark Siegmund <mark@swclaw.com>; Michael Shore <mshore@shorechan.com>; Alfonso Chan <achan@shorechan.com>; Chiji Offor <coffor@shorechan.com>
**Cc:** Alicia Cary-Howell <acary-howell@shorechan.com>; Halima Shukri Ndai <hndai@shorechan.com>; Sostek, Bruce S (DAL - X61234) <Bruce.Sostek@hklaw.com>; Wynne, Richard L (DAL - X61386) <Richard.Wynne@hklaw.com>; Max Ciccarelli <Max@CiccarelliLawFirm.com>
**Subject:** RE: Trustees of Purdue University v. STMicroelectronics N.V., et al; Case No. 6:21-cv-00727-ADA

CAUTION: External Email!
Counsel for Purdue - Your firm served objections to the third-party subpoenas served on Dr. Cooper, Bahret & Associates, and The Purdue Research Foundation (collectively, the "Third Parties"). It's unclear to what extent the Third Parties intend to stand on their objections or begin producing documents. For example, the Third Parties have provided objections to all requests, including objecting to producing documents on the theory that the same documents should be obtained from Purdue.

We would like to begin the meet-and-confer process this Friday, Monday, or Tuesday. Please let us know when you are available. During the meet-and-confer, we expect to understand the status of the document collection and production from the Third Parties, whether we can resolve most of the objections by reaching an understanding on what will be searched for and produced, and which objections (if any) the Third Parties intend to stand on such that we a dispute that must be resolved.

Regarding ESI, we expect that the Third Parties will following the Court's OGP and discuss the

identification of email custodians and search terms.

We look forward to working with you to resolve these subpoena objections from the Third Parties.

Thank you,

~Justin

**Justin S. Cohen** | **Holland & Knight**
Direct 214.969.1211 | Cell 214.605.1993
Add to address book | View professional biography

**From:** Alicia Cary-Howell <acary-howell@shorechan.com>
**Sent:** Monday, January 3, 2022 4:40 PM
**To:** Cohen, Justin S (DAL - X61211) <Justin.Cohen@hklaw.com>
**Cc:** Raphael Chabaneix <rchabaneix@shorechan.com>
**Subject:** Trustees of Purdue University v. STMicroelectronics N.V., et al; Case No. 6:21-cv-00727-ADA

*[External email]*
Dear Mr. Cohen,
Attached please find the Objections and Responses to Subpoenas for Testimony and Documents from Professor James Cooper and from Bahret & Associates that I am emailing on behalf of Raphael Chabaneix.

Thank you,



Alicia Cary-Howell
Paralegal
Shore Chan LLP
Bank of America Plaza
901 Main Street, Suite 3300, Dallas, Texas 75202
214-593-9113 (Direct) | 214-593-9110 (Firm)
www.shorechan.com

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect