# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| STMICROELECTRONICS, INC.<br><br>v.<br><br>PURDUE RESEARCH FOUNDATION | 1:22-MC-00006-JRS-MG |

### NOTICE OF APPEARANCE

Notice is hereby given that attorney Justin Cohen of Holland & Knight LLP, One Arts Plaza, 1722 Routh Street, Suite 1500, Dallas, Texas 75201 appears as counsel of record for Movant STMicroelectronics, Inc. in the above-numbered and styled cause for purposes of receiving notices and orders from the Court.

1

Dated: January 20, 2022

Respectfully submitted:

By: */s/ Justin S. Cohen*
   **Justin S. Cohen**
   Texas Bar No. 24078356
   Justin.Cohen@hklaw.com

**HOLLAND & KNIGHT LLP**
   One Arts Plaza
   1722 Routh St., Suite 1500
   Dallas, Texas 75201
   214.969.1700

**ATTORNEY FOR MOVANT STMICROELECTRONICS, INC.**

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance was served on all counsel of record via ECF on January 20, 2022.

*/s/ Justin S. Cohen*
Justin S. Cohen