UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STMICROELECTRONICS, INC.<br><br>v.<br><br>PURDUE RESEARCH FOUNDATION | CASE NO. 1:22-MC-00006-JRS-MG |

**NOTICE OF RELATED CASES**

Pursuant to Local Rule 40-1(d)(2)(C) counsel for Movant, STMicrolectronics, Inc. ("ST") hereby gives notice of a related case that is currently pending before this Court that arises from the same or related factual circumstances as the above-referenced case:

- Miscellaneous Case No. 1:22-mc-00007-JRS-TAB; styled as *STMicroelectronics, Inc. v. Bahret & Associates, LLC.*

The above-listed case is before the Honorable James R. Sweeney II and Magistrate Judge Tim A. Baker.

1

Dated: January 20, 2022            Respectfully submitted:

By: */s/ Justin S. Cohen*
**Justin S. Cohen**
   Texas Bar No. 24078356
   Justin.Cohen@hklaw.com

**HOLLAND & KNIGHT LLP**
   One Arts Plaza
   1722 Routh St., Suite 1500
   Dallas, Texas 75201
   214.969.1700

**ATTORNEY FOR MOVANT STMICROELECTRONICS, INC.**

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Related Cases was served on all counsel of record via ECF on January 20, 2022.

                                         */s/ Justin S. Cohen*
                                         Justin S. Cohen