# UNITED STATES DISTRICT COURT
### Southern District of Indiana

| | |
|---|---|
| STMICROELECTRONICS, INC. | ) |
|                 Plaintiff(s), | ) |
| | ) |
| vs. | ) CASE NO. 1:22−mc−00006−JRS−MG |
| | ) |
| PURDUE RESEARCH FOUNDATION | ) |
|                 Defendant(s) | ) |

## ORDER OF RECUSAL/DISQUALIFICATION

In accordance with the provisions of Title 28 U.S.C. §455, the undersigned hereby disqualifies himself/herself in this matter. The Clerk of Court is directed to randomly reassign this matter to another Judge, pursuant to the court's reassignment procedures.

IT IS SO ORDERED.

DATE: January 21, 2022         s/  Judge James R. Sweeney II
                                                          United States District Court
                                                          Southern District of Indiana