# UNITED STATES DISTRICT COURT

## Southern District of Indiana

### Roger A. G. Sharpe

### Clerk of the Court

*46 East Ohio Street, Room 105*  *101 Northwest MLK Boulevard*
*Indianapolis, Indiana*  *Evansville, Indiana*
*46204*  *47708*

*921 Ohio Street*  *121 West Spring Street*
*Terre Haute, Indiana*  *New Albany, Indiana*
*47807*  *47150*

January 21, 2022

Re: STMICROELECTRONICS, INC. v.
PURDUE RESEARCH FOUNDATION
Cause Number: 1:22−mc−00006−JMS−MG

TO ALL COUNSEL OF RECORD:

  Pursuant to Title 28 U.S.C. §455, the above matter was reassigned from the docket of Judge James R. Sweeney II to the docket of Judge Jane Magnus−Stinson on January 21, 2022. The cause number above has been changed to reflect the initials of the newly assigned district and/or magistrate judge. **Please note that cause number 1:22−mc−00006−JMS−MG should be used on all future filings.**

Sincerely,

Roger A. G. Sharpe, Clerk of Court

By: s/Dan Habing
Dan Habing, Deputy Clerk