IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STMICROELECTRONICS, INC., <br><br> v. <br><br> PURDUE RESEARCH FOUNDATION <br><br>―――――――――――――――― <br><br> STMICROELECTRONICS, INC., <br><br> v. <br><br> BAHRET & ASSOCIATES LLC | Civil Action No. 1:22-mc-00006 <br><br><br><br><br> Civil Action No. 1:22-mc-00007 |

## **APPEARANCE**

John R. Maley of the law firm of Barnes & Thornburg LLP hereby enters his Appearance on behalf of Purdue Research Foundation.

Respectfully submitted,

  *s/John R. Maley*
John R. Maley (14300-89)
**BARNES & THORNBURG LLP**
11 South Meridian Street
Indianapolis, Indiana  46204
Telephone: (317) 231-7464
Facsimile: (317) 231-7433
Email: jmaley@btlaw.com

*Attorney for Purdue Research Foundation*