IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STMICROELECTRONICS, INC., <br><br> v. <br><br> PURDUE RESEARCH FOUNDATION | Civil Action No. 1:22-mc-00006 |
| STMICROELECTRONICS, INC., <br><br> v. <br><br> BAHRET & ASSOCIATES LLC | Civil Action No. 1:22-mc-00007 |

## **MOTION TO CONSOLIDATE**

Purdue Research Foundation ("PRF"), with the consent of Bahret & Associates LLC ("Bahret") hereby requests consolidation of the above-captioned related cases against STMicroelectronics Inc ("ST-INC"), pursuant to Federal Rule of Civil Procedure 42. *See*, notices of related cases filed by ST-INC in each action (1:22-mc-00006 Dkt. 4, and 1:22-mc-00007 Dkt 4).

Dated: January 27, 2022                          Respectfully submitted,

*/s/ John R. Maley*
John R. Maley (Indiana Bar No. 14300-89)

John.Maley@btlaw.com
**BARNES & THORNBURG, LLP**
11 S. Meridian
Indianapolis, Indiana 46204
Telephone 317-231-7464

Mark D. Siegmund
Texas Bar No. 24117055
mark@swclaw.com
**STECKLER WAYNE COCHRAN CHERRY, PLLC**
8416 Old McGregor Rd.
Waco, Texas 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689

Alfonso G. Chan (Texas 24012408)
Michael W. Shore (Texas 18294915)
Halima Shukri Ndai (Texas 24105486)
Raphael Chabaneix (Texas 24118352)
**SHORE CHAN LLP**
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: (214) 593-9110
Facsimile: (214) 593-9111
achan@shorechan.com
mshore@shorechan.com
hndai@shorechan.com
rchabaneix@shorechan.com

*COUNSEL FOR*
*PURDUE RESEARCH FOUNDATION*