IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STMICROELECTRONICS, INC., <br><br> v. <br><br> PURDUE RESEARCH FOUNDATION <br><br><br> STMICROELECTRONICS, INC., <br><br> v. <br><br> BAHRET & ASSOCIATES LLC | Civil Action No. 1:22-mc-00006 <br><br><br><br><br> Civil Action No. 1:22-mc-00007 |

**PROPOSED ORDER ON MOTION TO CONSOLIDATE**

Purdue Research Foundation has filed a Motion to Consolidate. Good cause being shown, **IT IS ORDERED** that:

the cases listed in the above caption are hereby consolidated into Case No.: 1:22:mc-00006..

**BY THE COURT:**

Dated: _____, 2022