IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STMICROELECTRONICS, INC.,<br><br>v.<br><br>PURDUE RESEARCH FOUNDATION | Civil Action No. 1:22-mc-00006 |
| STMICROELECTRONICS, INC.,<br><br>v.<br><br>BAHRET & ASSOCIATES LLC | Civil Action No. 1:22-mc-00007 |

**PROPOSED ORDER ON MOTION TO TRANSFER
TO THE WESTERN DISTRICT OF TEXAS**

Purdue Research Foundation has filed a Motion to Transfer to the Western District of Texas. Good cause being shown, **IT IS ORDERED** that:

the cases listed in the above caption are hereby transferred to the Western District of Texas, Waco Division as of the date of this Order.

**BY THE COURT:**

Dated: _____, 2022