IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STMICROELECTRONICS, INC., <br><br> v. <br><br> PURDUE RESEARCH FOUNDATION | Civil Action No. 1:22-mc-00006 |
| STMICROELECTRONICS, INC., <br><br> v. <br><br> BAHRET & ASSOCIATES LLC | Civil Action No. 1:22-mc-00007 |

**<u>NOTICE OF ONE WEEK EXTENSION TO RESPOND TO MOTIONS TO COMPEL</u>**

Respondents Purdue Research Foundation and Bahret & Associates respectfully notify the Court, pursuant to Local Rule 6-1, that Petitioner has consented to a one-week extension from February 2, 2022 for Respondents to respond to the Motions to Compel, making the response deadline February 9, 2022.

Respectfully submitted,

  s/John R. Maley
John R. Maley (14300-89)
**BARNES & THORNBURG LLP**
11 South Meridian Street
Indianapolis, Indiana  46204
Telephone: (317) 231-7464
Facsimile: (317) 231-7433
Email: jmaley@btlaw.com

*Attorney for Purdue Research Foundation
and Bahret & Associates*