UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STMICROELECTRONICS, INC.<br><br>v.<br><br>PURDUE RESEARCH FOUNDATION | CASE NO. 1:22-MC-00006-JMS-MG |

### ST'S UNOPPOSED MOTION TO WITHDRAW MOTION TO COMPEL

Movant, STMicroelectronics, Inc. ("ST") hereby withdraws its Motion to Compel (ECF No. 1) and respectfully requests that the Court dismiss this miscellaneous case without prejudice. As detailed in the order from the court in the underlying action (attached as Exhibit 1), counsel for ST and counsel for The Trustees of Purdue University ("Purdue") in the underlying action and counsel for Purdue Research Foundation ("PRF") have agreed that PRF, for the purposes of discovery, are part of or in privity with Purdue. Counsel for Purdue and PRF stipulated that Purdue has full and complete control of materials in possession, custody, or control of PRF, and the ability to present PRF for deposition. PRF also stipulated to have all disputes related to discovery sought from PRF in connection with the underlying action to be decided by the Judge presiding over that case and submit themselves to the jurisdiction of the Western District of Texas for such purposes. As such, the relief sought by ST from this Court is moot. In addition, PRF's motion to consolidate (ECF No. 8) and motion to transfer this action to the Western District of Texas. (ECF No. 9) are also moot. Counsel for ST has conferred with counsel for PRF, who has confirmed that PRF is unopposed to the relief sought and confirmed that their pending motions will be moot once this matter is dismissed.

WHEREFORE, ST requests that the Court enter an Order granting the withdrawal of ST's previously filed contested motion to compel, and dismissing this proceeding without prejudice accordingly.

Dated: February 7, 2022        Respectfully submitted:

By: */s/ Justin S. Cohen*
**Justin S. Cohen**
   Texas Bar No. 24078356
   Justin.Cohen@hklaw.com

**HOLLAND & KNIGHT LLP**
   One Arts Plaza
   1722 Routh St., Suite 1500
   Dallas, Texas 75201
   214.969.1700

**ATTORNEY FOR MOVANT STMICROELECTRONICS, INC.**

### CERTIFICATE OF SERVICE

I certify that on February 7, 2022, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which sent notice of the filing to all case participants.

      */s/ Justin S. Cohen*
      Justin S. Cohen

### CERTIFICATE OF CONFERENCE

I certify that on February 4, 2022, I conferred with counsel for PRF, who confirmed that PRF was unopposed to the relief sought herein. PRF also confirmed that the motions to consolidate and transfer filed by PRF are moot.

      */s/ Justin S. Cohen*
      Justin S. Cohen