UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STMICROELECTRONICS, INC.<br><br>v.<br><br>PURDUE RESEARCH FOUNDATION | CASE NO. 1:22-MC-00006-JMS-MG |

### ORDER

Before the Court is ST's Unopposed Motion to Withdraw its Motion to Compel. Having considered the motion, the Court is of the opinion that the motion should be, and hereby is, **GRANTED**.

It is therefore **ORDERED** that ST's Motion to Compel [ECF No. 1] is withdrawn and this action is hereby dismissed without prejudice, with each party to bear their own expenses, costs, and fees.

**IT IS SO ORDERED**:

Dated: _____, 2022

_____