# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| STMICROELECTRONICS, INC. <br><br> v. <br><br> PURDUE RESEARCH FOUNDATION | CASE NO. 1:22-MC-00006-JMS-MG |

## ORDER

Before the Court is ST's Unopposed Motion to Withdraw its Motion to Compel. Having considered the motion, the Court is of the opinion that the motion should be, and hereby is, **GRANTED [11]**.

It is therefore **ORDERED** that ST's Motion to Compel [ECF No. 1] is withdrawn and this action is hereby dismissed without prejudice, with each party to bear their own expenses, costs, and fees. All pending motions are denied as moot.

**IT IS SO ORDERED**:

Date: 2/8/2022

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution via ECF.